9055513.1.5-100

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 0 1 2024

KEVIN P WEIMER, Clerk
By: _____ Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
DIVERSITY OF CITIZENSHIP**

*Civil Action at Law for Aggravated Torts Ex Delicto (Breaches of Duties) that <u>Challenges</u>
<u>Constitutionality of Federal Statutes</u> seeking Special and Exemplary Damages; Jury Trial
Demanded*

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 3 1 2024

KEVIN P WEIMER, Clerk
By: _____ Deputy Clerk

TAMAH JADA CLARK,                               *
**PLAINTIFF**                                   *
                                                *
Vs.                                             *
                                                *
ANTI-DEFAMATION LEAGUE, JONATHAN  *
GREENBLATT, B'NAI B'RITH, AMERICAN  *
JEWISH COMMITTEE, INTERNATIONAL  *
HOLOCAUST REMEMBRANCE ALLIANCE, *
THE "UNITED STATES", JOSEPH R. BIDEN, *
DEBORAH LIPSTADT, ANTONY BLINKEN, *
JESSICA ROSENWORCEL,                    *
**DEFENDANTS**

**1:24-CV-0482**

**Sunday, January 28, 2024**

*Come down, and sit in the dust, O virgin daughter of Babylon, sit on the ground: there is no
throne, O daughter of the Chaldeans: for thou shalt no more be called tender and delicate. Thy
nakedness shall be uncovered, yea, thy shame shall be seen: I will take vengeance, and I will not
meet thee as a man.* Isaiah 47:1&3

**<u>STATEMENT OF CLAIM</u>**

COMES NOW TAMAH JADA CLARK, appearing specially,[1] "PLAINTIFF",

challenging the constitutionality of federal statutes, and seeking special and exemplary damages

---

[1] "The power to declare the rights of individuals and to measure the authority of governments... 'is legitimate only
in the last resort, and as a necessity in the determination of real, earnest and vital controversy.'... Otherwise, the
power 'is not judicial ... in the sense in which judicial power is granted by the Constitution to the courts of the
United States." *Centre for Independence of Judges v. Mabey*, 19 B.R. 635, 640 (D. Utah 1982)

1

Internal Filing ID:
GA-USD-NDG-01.28.2024-F1

9055513.1.6-103

against DEFENDANTS: "ANTI-DEFAMATION LEAGUE" ("ADL"), "JONATHAN GREENBLATT", "B'NAI B'RITH" ("BB"), "AMERICAN JEWISH COMMITTEE" ("AJC"), "INTERNATIONAL HOLOCAUST REMEMBRANCE ALLIANCE" ("IHRA"), THE "UNITED STATES" ("THE U.S."), "JOSEPH BIDEN", "DEBORAH LIPSTADT", "ANTONY BLINKEN", and "JESSICA ROSENWORCEL"; whereas, DEFENDANTS did breach their duties imposed by Georgia Law whereby PLAINTIFF has suffered extreme injury to peace, happiness, and feelings, and has sustained special damages due to DEFENDANTS' acting in inconceivably bad faith,[2] with knowledge and for the purpose of depriving PLAINTIFF of state constitutional Rights through enforcement of unconstitutional federal "statutes", [3] namely:

- **Ex. A**: "An Act To provide certain basic Authority for the Department of State" (Aug. 1, 1956, ch. 841, title I, §59);
- **Ex. B**: "Authorization for Establishment of Office to Monitor and Combat Anti-Semitism" (Pub. L. 108–332, §5, Oct. 16, 2004, 118 Stat. 1284);
- **Ex. C**: "Special Envoy to monitor and Combat Anti-Semitism Act" (Pub. L. 116–326, §3, Jan. 13, 2021, 134 Stat. 5095);
- "An Act To revise the laws relating to immigration, naturalization, and nationality" (June 27, 1952, ch. 477, 66 Stat. 173)
- "An Act for the Regulation of Radio Communications, and for other Purposes" (Pub. Law 632, 69th Congress, February 23, 1927)
- "An Act To provide for the regulation of interstate and foreign communication by wire or radio" (June 19, 1934)

**Jury trial is demanded.**

---

[2] "In some torts the entire injury is to the peace, happiness, or feelings of the plaintiff; in such c; no measure of damages can be prescribed, except the enlightened conscience of impartial jurors. The worldly circumstances of the part the amount of bad faith in the transaction, and all the attendant facts should be weighed. The verdict of a jury in such a case should not be disturbed". Code 1933, § 105-2003.

[3] "If ... the tort is committed, or the contract broken, or the duty omitted, with a knowledge and for the purpose of depriving the party injured of such benefits as are specified, then the remote damages are made, by such knowledge and intent, a proper subject for consideration by the jury." Code 1933, § 105-2010.

Internal Filing ID:
GA-USD-NDG-01.28.2024-F1

## JURISDICTION AND VENUE

### I.

All parties are citizens of the United States, [4] [5] [6] there is complete diversity between PLAINTIFF and DEFENDANTS within the meaning of Article III for purposes of invoking original jurisdiction thereunder, [7] [8] notwithstanding 28 U.S.C. § 1332; [9] and the amount in controversy is one hundred forty-four billion dollars.

### II.

Every DEFENDANT is neither a citizen nor a resident of Georgia. They are all foreign corporations or non-domestic representatives of those corporations.

### III.

Every DEFENDANT is a federal citizen who transacts business in Georgia, subject to the Laws of two Sovereigns. *Moore v. the People of the State of Illinois*, 55 U.S. 13, 20 (1852) ("Every citizen of the United States is also a citizen of a State or territory. He may be said to owe allegiance to two sovereigns and may be liable to punishment for an infraction of the laws of either. The same act may be an offence or transgression of the laws of both.")

---

[4] "In this term 'citizen of the United States,' are included two fundamental concepts, bound together and interacting, viz., the concept of "the United States" as a corporate entity... and the concept of the several States as a collective body". *United States v. Wheeler*, 254 U.S. 281, 285 (1920)

[5] "[A] corporation is 'capable of being treated as a citizen of [the State which created it], as much as a natural person.'... 'those who use the corporate name, and exercise the faculties conferred by it,' should be presumed conclusively to be citizens of the corporation's State of incorporation." Carden v. Arkoma Associates, 494 U.S. 185, 188 (1990)

[6] In other words, when a suit is brought... by or against a corporation, the court with reference to the question of jurisdiction, depending on the character of the parties, overlooks the artificial person, the mere legal entity, which cannot be either citizen or alien, and regards only the natural persons of whom it is composed. They are the substance, the real parties; the corporate character and style are only the form and name under which they are presented. *Louisville Rail-Road Company v. Letson*, 43 U.S. 497, 500 (1844)

[7] "The words of the act of congress are, 'where an alien is a party; or the suit is between a citizen of a state where the suit is brought, and a citizen of another state.'" *Strawbridge v. Curtiss*, 7 U.S. 267 (1806)

[8] *See* Judiciary Act of 1789, ch. 20, § 11, 1 Stat. 78

[9] "The complete diversity requirement is not mandated by the Constitution" *Exxon Mobil Corp. v. Allapattah Services, Inc.*, 545 U.S. 546, 553 (2005)

3

9055513.1,6-103

## IV.

Notwithstanding Article I, [10] [11][12] PLAINTIFF invokes the Court's limited Article III jurisdiction to access the court at Law. *Seminole Tribe of Fla. v. Florida*, 517 U.S. 44, 45 (1996) ("Article I cannot be used to circumvent the constitutional limitations placed upon federal jurisdiction")

## V.

Tort action at common law requires application of state Law: "[a] suit arises under the law that creates the cause of action. [13][14][15] *Well Works v. Layne*, 241 U.S. 257, 260 (1916)

## VI.

The court is bound by state Law. *Hanna v. Plumer*, 380 U.S. 460, 465 (1965) ("federal courts sitting in diversity cases, when deciding questions of 'substantive' law, are bound by state court decisions as well as state statutes.")

## VII.

---

[10] "The courts of the District of Columbia are created by Congress by virtue of its authority 'to exercise exclusive legislation in all cases whatsoever over such district.' Const., Art. I, § 8, clause 17. In this respect the courts of the District are to be classed with the territorial courts." *United States v. Evans*, 213 U.S. 297, 298 (1909)

[11] "Territorial courts are not courts of the United States within the meaning of the Constitution, as appears by all the authorities... Courts of this kind, whether created by an act of Congress or a territorial statute, are not, in strictness, courts of the United States; or in other words, the jurisdiction with which they are invested is not a part of the judicial power defined by the third article of the Constitution". *McAllister v. United States*, 141 U.S. 174, 183 (1891)

[12] "This concurrent jurisdiction which the national government necessarily possesses to exercise its powers of sovereignty in all parts of the United States is distinct from that exclusive power which, by the first article of the Constitution, it is authorized to exercise over the District of Columbia, and over those places within a State which are purchased by consent of the legislature thereof, for the erection of forts, magazines, arsenals, dock-yards, and other needful buildings." *Ex Parte Siebold*, 100 U.S. 371, 395 (1879)

[13] "Civil actions for slander and libel developed in early ages as a substitute for the duel and a deterrent to murder. They lie within the genuine orbit of the common law, and in the distribution of American sovereignty they fall exclusively within the jurisdiction of the states." Brant, The Bill of Rights: Its Origin and Meaning 502-503 (1965).

[14] "It is now settled that States 'have power to legislate against what are found to be injurious practices in their internal commercial and business affairs, so long as their laws do not run afoul of some specific federal constitutional prohibition, or of some valid federal law.'" *Ferguson v. Skrupa*, 372 U.S. 726, 730-31 (1963)

[15] "In the thirty-fourth section of the judiciary act of 1789, it is provided, "that the laws of the several states, except where the constitution, treaties, or statutes of the United States shall otherwise require or provide, shall be regarded as rules of decision in trials at common law, in the courts of the United States, in cases where they apply."" *M'Cluny v. Silliman*, 28 U.S. 270, 277 (1830)

4

Article III Courts were established by the Federal Constitution, not by Congress. "The judiciary act was only intended to carry the constitution into effect, and cannot amplify, or alter, its provisions." *Mossman v. Higginson*, 4 U.S. 12, 13 (1800)

## VIII.

Constitutional constraints of the Court's Power under Article III cannot be enlarged by the Legislature. *Marbury v. Madison*, 5 U.S. 137, 174 (1803) ("If it had been intended to leave it in the discretion of the legislature to apportion the judicial power ... according to the will of that body, it would certainly have been useless to have proceeded further than to have defined the judicial power, and the tribunals in which it should be vested.")

## IX.

Any departure from the constraints of Article III is willful violation of the Federal Constitution by violating the State's sovereignty and the inviolable right of her citizens to a republican form of Government (*see* Article IV, Section 4). "This limitation upon the judicial power is, without question, a reflection of concern for the sovereignty of the States, but in a particularly limited context ... Because of the problems of federalism inherent in making one sovereign [subject to] ... the other, a restriction upon the exercise of the federal judicial power has long been considered to be appropriate". *Employees v. Missouri Public Health Dept*, 411 U.S. 279, 293-94 (1973)

## X.

Proceedings at Law are not governed by the Fourteenth Amendment. *Louisville and Nashville Rd. Co. v. Schmidt*, 177 U.S. 230 (1900) ("The due process clause of the Fourteenth Amendment to the Constitution of the United States does not control mere forms of procedure in state courts, or regulate practice therein

## XI.

All persons are liable at Law for their actions and inactions. "The common law has established a principle, that no prohibitory act shall be without its vindicatory quality; or, in other

5

words, that the infraction of a prohibitory law, although an express penalty be omitted, is still punishable." *Chisholm Ex'r. v. Georgia*, 2 U.S. 419, 422 (1793)

## XII.

The Court must administer justice at Law as a state Court of general jurisdiction. *Brown v. Braam*, 3 U.S. 344, 352 (1797) ("From these consideration the Congress wisely enacted, 'That the laws of the several' States, except where the constitution, treaties, or statutes, of 'the United States shall otherwise require or provide, shall be' regarded as rules of decision in trials at common law in the 'courts of the United States, in cases where they apply.' This adoption of the State laws, extends as well to the unwritten, as to the written law; — to the law arising from established usage and judicial determinations, as well as to the law created by positive acts of the Legislature.")

## XIII.

Justice, for PLAINTIFF at Law with all its remedies, must be administered speedily. [16] *Wilcox v. Saunders*, 4 Neb. 587 (1876) ("While the ancient forms of action are now abolished, all the various remedies known to the law still remain, and are administered through the medium of the single civil action of the code quite as certainly and much more speedily than under the former practice.")

## XIV.

Federal Rules of Civil Procedure and Local Rules of the United States District Court for the Northern District of Georgia are not controlling as Court Rules can neither diminish the rights of PLAINTIFF nor enlarge those of DEFENDANTS. *See* **Ex. D**: "An Act To give the Supreme Court of the United States authority to make and publish rules in actions at law" (June 19, 1934, ch. 651, 48 Stat. 1064)

---

[16] "The code has not changed the principles by which courts determine the rights, duties and liabilities of the parties to an action. They remain as before its adoption; therefore.... [t]o enforce or protect these rights, all the remedies known, either at law or in equity, still remain to a party, and may be speedily applied by the court through the single civil action of the code." Samuel Maxwell. A Treatise on the Law of Pleading, p. 8 (1892).

Internal Filing ID:
GA-USD-NDG-01.28.2024-F1

## **PARTIES**

### **I.**

PLAINTIFF is a Hebrew-American citizen of the state of Georgia with protection of inherent rights under the state's Constitution and Laws independent of the Fourteenth Article of Amendment to the Federal Constitution. *United States v. Wheeler*, 254 U.S. 281, 283-84 (1920) ("In all the States, from the beginning down to the establishment of the Articles of Confederation, the citizens possessed the right[s], inherent in citizens of all free governments …It is important to emphasize the fact (as we claim) that federal citizenship, with all its main privileges and immunities, came from the very fact of the institution of the new government under the Constitution, and not from the Fourteenth Amendment. Of this there can be no possible doubt.")

### **II.**

Every DEFENDANT is a citizen of the United States and subject to the jurisdiction thereof under the Fourteenth Article of Amendment to the Federal Constitution; that is, domiciliaries of that certain District for which Congress "legislates" pursuant Article I, Section 8. *United States v. Wheeler*, 254 U.S. 281, 285 (1920) ("In this term 'citizen of the United States,' are included two fundamental concepts, bound together and interacting, viz., the concept of "the United States" as a corporate entity… and the concept of the several States as a collective body".)

### **III.**

Every DEFENDANT is a citizen of the United States operating in a private corporate, non-sovereign capacity as an "artificial person" rather than "organized political community." *Missouri, Kansas & Texas Railway Co. v. Missouri Railroad & Warehouse*

   a. Proprietary functions of government are administered in the State's private
      corporate capacity— not in that of a sovereign government. *Cox Enters., Inc. v.*

Internal Filing ID:
GA-USD-NDG-01.28.2024-F1

9055513.1,12=103

> *Carroll City/County Hosp. Auth.*, 247 Ga. 39, 273 S.E.2d 841, 1981 Ga. LEXIS
> 577 (1981)

b. Government operating in its private corporate capacity assumes the same
responsibilities and liabilities as private persons at Law. *Lockhart v. Kansas City*,
351 Mo. 1218, 1226 (Mo. 1943) ("Under the common law a… corporation
exercising proprietary or business powers was regarded quo ad hoc
a private corporation, and was liable to the same extent and on the same principles
as a private corporation")

c. Even if the public may derive some benefit from implementation and enforcement
of DEFENDANT "THE U.S.'" so-called laws and statutes, it does not legitimize
those corporate policies. *Franklin v. Richlands*, 161 Va. 156, 162-63 (Va.
1933) ("[There is distinction] drawn between powers and duties which are granted
to or imposed upon a public body as an agency of the government to be exercised
and performed exclusively for public, governmental purposes, and those powers
and privileges which are exercised by the corporation or body for its
own private advantage, and are for public purposes in no other sense than that the
public derives a common benefit from a proper discharge of the duties arising
from the grant.")

d. DEFENDANT "BIDEN", president of DEFENDANT "THE US", is wanting
authority to represent the Sovereignty of the Union or to absolve anyone,
including himself, from tort liability at Law. *Chisholm Ex'r. v. Georgia*, 2 U.S.
419, 446 (1793) ("A Governor of a State is a mere Executive officer; his general
authority very narrowly limited by the Constitution of the State; with no
undefined or disputable prerogatives; without power to effect one shilling of
the public money, but as he is authorised under the Constitution, or by a particular
law; having no colour to represent the sovereignty of the State, so as to bind it in
any manner to its prejudice, unless specially authorised thereto. And therefore all
who contract with him do it at their own peril")

8

9055613.1.13-103

# CAUSE OF ACTION

## I.

Action ex delicto does not require an express contract between parties. *Frank Graham Co. v. Graham*, 90 Ga. App. 840, 842-43 (Ga. Ct. App. 1954) (""One owes another the duty fixed by law not negligently or willfully or wrongfully to do an act which will probably injuriously affect him… it is the violation of the duty, and not the violation of [a] contract, on which the plaintiff lays his case. Accordingly, the petition set out a cause of action and [is] not duplicitous.")

## II.

When "a breach of a public duty imposed by operation of law" occurs it is "a breach of the law, and for this breach an action lies, founded on the common law, which action wants not the aid of a contract to support it." *Postal Telegraph-Cable Co. v. Kaler*, 65 Ga. App. 641, 645 (Ga. Ct. App. 1941)

## III.

Where "the law implies duties a breach of which will constitute a tort" an injured party may sue "for breach of the implied duty." *American Oil Co. v. Roper*, 64 Ga. App. 743, 749 (Ga. Ct. App. 1941)

## IV.

At Law, notwithstanding the Fourteenth Article of Amendment "'[d]uty imposed by law' as used in this context means, of course, either a duty imposed by a valid statutory enactment of the legislature or a duty imposed by a recognized common law principle". *Sutker v. Pennsylvania Ins. Co.*, 115 Ga. App. 648, 651 (Ga. Ct. App. 1967)

## V.

To main an action ex delicto, PLAINTIFF only need set forth the duties, how they were violated, and the damages sustained as a result. *Vickers v. Georgia Power Co.*, 79 Ga. App. 456, 458 (Ga. Ct. App. 1949) ("All that a plaintiff need allege to withstand the attack of a general

Internal Filing ID:
GA-USD-NDG-01.28.2024-F1

demurrer is the factum of the duty, whether by contract or otherwise, a violation of that duty, and damages resulting from that violation. 41 Am. Jur., Pleading, § 78. ")

************

## VI.

PLAINTIFF came "into society with rights, which cannot be invaded without injustice. But corporations [and their officers] derive their existence from the society, are the offspring of transitory conditions of the State; and, with faculties for good in such conditions, combine durable dispositions for evil. They display a love of power, a preference for corporate interests to moral or political principles or public duties, and an antagonism to individual freedom, which have marked them as objects of jealousy in every epoch of their history. Therefore, the power has been exercised, in all civilized States, to limit their privileges, or to suppress their existence, under the exigencies either of public policy or political necessity." *Dodge v. Woolsey*, 59 U.S. 331, 375 (1855)

## VII.

DEFENDANTS "GREENBLATT", "BIDEN", "LIPSTADT", "BLINKEN", and ROSENWORCEL" are, in varying degrees for the purposes of this Action, public officers and are liable for Law violations. *South et al. v. State of Maryland, Use of Pottle*, 59 U.S. 396, 402-03 (1855) ("It is an undisputed principle of the common law, that for a breach of a public duty, an officer is punishable by indictment; but where he acts ministerially, and is bound to render certain services to individuals, for a compensation in fees or salary, he is liable for acts of misfeasance or non-feasance to the party who is injured by them.")

## VIII.

DEFENDANTS "ADL", "BB", "AJC", "IHRA", and "THE US" are corporations required by Law to preserve public interests above their proprietary endeavors and private interests. *Woodstock Iron Co. v. Extension Co.*, 129 U.S. 643, 656-57 (1889) ("Corporations, it is

Internal Filing ID:
GA-USD-NDG-01.28.2024-F1

9605513.1;15-103

true, formed for their construction are private corporations, but whilst their directors are required to look to the interests of their stockholders, they must do so in subordination to and in connection with the public interests, which they are equally bound to respect and subserve. All arrangements, therefore, by which directors or stockholders or other persons may acquire gain, by inducing those corporations to disregard their duties to the public are illegal and lead to unfair dealing, and thus being against public policy will not be enforced by the courts.")

## IX.

Law "never implies a promise to do an act contrary to duty or contrary to law...there can be no judicial implication contrary to law... and no judicial implication which would require [one] to be guilty of an act of official misconduct, or a breach of his duty to the public. "*Cary v. Curtis*, 44 U.S. 236, 251 (1845)

\*\*\*\*\*\*\*\*\*\*\*\*

## X.

Georgia Law requires all corporations doing business in this State to make an annual return.[17] *See* Acts of 1906, p. 105.

## XI.

Every DEFENDANT has, in bad faith, failed and refused to make annual returns and is liable to a forfeiture[18] *See* Acts 1906, pp. 105, 106. *State of Maryland v. Baltimore Ohio Railroad Co.*, 44 U.S. 534, 552 (1845) ("In legislative proceedings... a forfeiture is always to be regarded as a punishment inflicted for a violation of some duty enjoined upon the party by law; and such, very clearly, is the meaning of the word in the act in question.")

---

[17] "It is the duty of all corporations, except banks doing business in this State, whether incorporated by the General Assembly, by the Secretary of State, or by the judgment of the superior court, and of all foreign corporations doing business in this State, to make a return, annually". Code 1933, § 22-1703.

[18] "Upon failure and refusal of any corporation to make said return, the company shall be liable to a penalty of $50, and the commissioner of corporations is authorized to issue his execution therefor, including all costs incurred". Code 1933, § 22-1705.

Internal Filing ID:
GA-USD-NDG-01.28.2024-F1

************

## XII.

Foreign corporations and their officers are prohibited from exercising powers and privileges that are prohibited by the Constitution or Laws of Georgia, or contrary to the public policy of the State.[19] *See* Acts of 1893, p. 32.

## XIII.

Every DEFENDANT has and is exercising prohibited powers and privileges contrary to public policy, and the Constitution and Laws of Georgia, under color of federal statues so-called, following.

    a. "An Act To provide certain basic Authority for the Department of State" (Aug. 1, 1956, ch. 841, title I, §59) or "BASIC AUTHORITIES ACT";

    b. "Authorization for Establishment of Office to Monitor and Combat Anti-Semitism" (Pub. L. 108–332, §5, Oct. 16, 2004, 118 Stat. 1284) or "MONITOR AND COMBAT ACT";

    c. "Special Envoy to monitor and Combat Anti-Semitism Act" (Pub. L. 116–326, §3, Jan. 13, 2021, 134 Stat. 5095) or "SPECIAL ENOVY ACT";

    d. "An Act To revise the laws relating to immigration, naturalization, and nationality" or "NATIONALITY ACT" (June 27, 1952, ch. 477, 66 Stat. 173);

    e. "An Act for the Regulation of Radio Communications, and for other Purposes" (Pub. Law 632, 69th Congress, February 23, 1927) or "RADIO ACT";

    f. "An Act To provide for the regulation of interstate and foreign communication by wire or radio" (June 19, 1934) or "COMMUNICATIONS ACT".

## XIV.

---

[19] "No foreign corporation shall exercise within this State any corporate powers or privileges which by the Constitution or laws of Georgia are denied or prohibited to corporations created by this State, or the exercise of which is contrary to the public policy of this State, anything in the charter or corporate powers of the foreign corporation to the contrary notwithstanding." Code 1933, § 22-1502.

Internal Filing ID:
GA-USD-NDG-01.28.2024-F1

The "BASIC AUTHORITIES ACT" is unconstitutional. *See* **Ex. A**. At Section 2(a) it claims to authorize disregard for the Act of March 1, 1919, a public law of the United States of America. In its activities under Article I, Section 8, Congress does not have Authority to authorize disregard for U.S. Law.

### XV.

The "MONITOR AND COMBAT ACT" relies upon the "BASIC AUTHORITIES ACT" for its legitimacy. *See* **Ex. B**. It is unconstitutional. At Section 5(C) it claims to grant authority for a Special Envoy to "consult with domestic and international nongovernmental organizations and multilateral organizations and institutions, as the Special Envoy considers appropriate to fulfill the purposes of [the] section".

 i. The purposes of that Section are to propagandize America and the world to advance an illegal Zionist agenda based on the redefinition, created by DEFENDANT "IHRA", of Semitism and anti-Semitism under illegal Executive Order 13899.

 ii. Executive Order 13899 purports to redefine Semitism and anti-Semitism based upon the *intentional lie* that Jews are Semites or that discrimination against them amounts to "anti-Semitism". If it were constitutional, E.O. 13899 could only be applied within the strict confines of Title VI of the Civil Rights Act of 1964 (Title VI), 42 U.S.C. 2000d *et seq.,* that "[can]not cover discrimination based on religion" much less define or redefine ethnicities in that Title VI is a Federal funding law.

 iii. Executive Order 13899 violates the First Amendment by *constructively* implementing a national policy of favoritism toward Judaism to the detriment of Christianity—enshrined in the very Founding Charters— and other bona fide religions. It infringes the rights retained by the people (*see* Ninth Amendment) and interferes with states' rights (*see* Tenth Amendment).

 iv. The President of the United States cannot, in his person and office, express or act upon partialities toward Judaism or other religions because, religious liberties are without the purview of the Federal Constitution. *Permoli v. First Municipality*, 44 U.S. 589 (1845) ("The Constitution of the United States makes no provision for protecting the citizens of the respective states in their religious liberties; this is left

Internal Filing ID:
GA-USD-NDG-01.28.2024-F1

to the state constitutions and laws.") The U.S. Constitution does not sanction use of the Presidential Office for political activism for Judaism.

## XVI.

The "SPECIAL ENVOY ACT" relies upon the "BASIC AUTHORITIES ACT" and the "MONITOR AND COMBAT ACT". *See* **Ex. C**. It is unconstitutional. It claims to grant authority for DEFENDANT "BIDEN" to have appointed DEFENDANT "LIPSTADT" who fraudulently holds herself out to the American public as a U.S. Ambassador.

## XVII.

The "NATIONALITY ACT" is unconstitutional. It claims to have authorized DEFENDANT "BLINKEN" to determine nationality and exercise other functions not permitted by the U.S. Constitution and Laws. *See* Act of Sept. 15, 1789, ch. 14, §1, 1 Stat. 68.

## XVIII.

The "RADIO ACT", predecessor to the "COMMUNICATIONS ACT", is unconstitutional. Although it purportedly "intended to regulate all forms of interstate and foreign radio transmissions and communications within the United States, its Territories and possessions," it was constructively applied to intrastate and other means of non-commercial intercourse. *Minnesota v. Barber*, 136 U.S. 313 (1890) ("In whatever language a statute may be framed, its purpose must be determined by its natural and reasonable effect; and the presumption that it was enacted in good faith, for the purpose expressed in the title, cannot control the determination of the question whether it is, or is not, repugnant to the Constitution of the United States.")

## XIX.

14

The "COMMUNICATIONS ACT" is unconstitutional. It purports to be the creator of the FEDERAL COMMUNICATIONS COMMISSION and foundation of the massive network of control it unlawfully exercises over the ether of the United States of America, notwithstanding the strict confines of Article I, Section 8 to which it would be bound if there was any legitimacy to its existence.

## XX.

PLAINTIFF, on numerous occasions, has notified DEFENDANTS "THE US", "BIDEN", "BLINKEN", "LIPSTADT", and "ROSENWORCEL" that their corporate activities are both unconstitutional and unlawful, and are adversely affecting PLAINTIFF. *See* **Ex. E**: Plaintiff's Communications Pleading with Defendants for Relief.

************

## XXI.

It is illegal for corporations to contribute, directly or indirectly, to campaign funds for political purposes in any election or primary in Georgia, or to influence the vote or action of any State officer.[20] *See* Acts 1908, p. 65 (Ga. L. 1908, p. 65, §§ 1, 2).

## XXII.

DEFENDANT "IHRA" is "an intergovernmental organization with 35 Member Countries" [21] that has, with intent to deceive the public, manufactured the re-definition of anti-Semitism as: "a certain perception of Jews, which may be expressed as hatred toward Jews. Rhetorical and physical manifestations of antisemitism are directed toward Jewish or non-Jewish

---

[20] "It shall be illegal for any corporation incorporated under the laws of, or doing business in, this State, or any officer or agent thereof, to make or authorize, directly or indirectly, any contributions from corporate funds to campaign funds or for political purposes, in any election or primary election held in this State, or for the purpose of influencing the vote, judgment, or action of any officer of this State, legislative, executive, or judicial." Code 1933, § 22-724.

[21] Source: https://holocaustremembrance.com/who-we-are (accessed January 25, 2024)

15

individuals and/or their property, toward Jewish community institutions and religious facilities."[22]

### XXIII.

DEFENDANT "THE U.S." is professedly a member of DEFENDANT "IHRA's" intergovernmental alliance and "now uses this working definition [of anti-Semitism] and has encouraged other governments and international organizations to use it as well.[23] *See* **Ex. F**: Over 1,000 Entities Have Adopted IHRA Redefinition of Anti-Semitism.

### XXIV.

Every DEFENDANT has contributed, directly and indirectly, to campaign funds for political purposes in Georgia, and influenced the vote and action of State officers. *See* **Ex. G**: Background Information on Adoption of the IHRA Definition in Georgia.

### XXV.

Every corporation, including its officers,[24] who makes campaign contributions or influences vote and action of State officers is guilty of a crime punishable by 10 times the sum of the contributions, and by imprisonment for one to four years. *See* Acts 1908, p. 65.

\*\*\*\*\*\*\*\*\*\*\*\*

### XXVI.

Every corporation president or director is prohibited from declaring dividends or distributing money among its members as profits when it in any manner increases its debts, and

---

[22] Source: https://holocaustremembrance.com/resources/working-definition-antisemitism (accessed January 25, 2024)

[23] Source: https://www.state.gov/defining-antisemitism/ (accessed January 25, 2024)

[24] "Any corporation, or officer thereof, or any person who shall violate the provisions of section 22-724 on the subject of corporation contributions to campaign funds, shall be deemed guilty of a crime, and, on conviction, shall be punished by a fine in the sum of 10 times the amount of the contribution made, but in no event shall said fine be less than $1,000; and in addition the officer or officers making or authorizing said contribution, or in anywise connected therewith, shall be punished by imprisonment in the penitentiary for not less than one year nor more than four years, unless the jury trying the case shall recommend him to the mercy of the court, in which event he shall pay the aforesaid fine prescribed, or in default be subjected to the alternative punishments prescribed in section 27-2506." Code 1933, § 22-9902.

Internal Filing ID:
GA-USD-NDG-01.28.2024-F1

is liable for double the amount of damages sustained by any person in consequence thereof.[25] *See* Acts 1877, p. 35; 1902, p. 58.

## XXVII.

Every DEFENDANT has declared dividends and distributed money among their members as profits in a manner that increases it debts wherefor PLAINTIFF has sustained damages in consequence thereof. Every DEFENDANT is, according to Georgia Law, guilty of a misdemeanor.[26] *See* Acts 1877, p. 35; 1902, p. 58.

## XXVIII.

Every DEFENDANT has embezzled, stolen, and secreted funds and fraudulently taken money, paper, books, and other property and effects for which they are liable to imprisonment and labor for two to seven years. [27]

## <u>DAMAGES AND RELIEF</u>

## I.

PLAINTIFF prays exemplary damages in the amount of one hundred forty-four billion dollars due to the extreme and aggravated nature and circumstances of breaches of duty by

---

[25] "No corporation or association shall declare any dividend or distribute any money among its members as profits, when such dividend or money is not declared or distributed from the actual legitimate net earnings, and in any manner increases its debts. Should the president, directors, or other agent of any corporation, declare a dividend or dividends, in violation of the above provisions, they shall be liable to be sued for double the amount of damages that any person or persons may sustain in consequence of the declaring of such dividend or dividends." Code 1933, § 22-713.

[26] "Any president, director or other officer or agent of any corporation or association violating the provisions of section 22-713, prohibiting any corporation or association from declaring any dividend or distributing any money among its members as profits, when such dividends or money is not declared or distributed from the actual legitimate net earnings, and in some manner increases its debts, shall be guilty of a misdemeanor." Code 1933, § 22-9901.

[27] "Any officer, servant, or other person employed in any department, station, or office in any corporate body in this State, or any president, director, or stockholder of any corporate body in this State, who shall embezzle, steal, secrete, or fraudulently take and carry away any money, paper, book, or other property or effects, shall be punished by imprisonment and labor in the penitentiary for not less than two years nor more than seven years." Code 1933, § 26-2803.

DEFENDANTS, and the profound effect of such illicit behavior on the State and society as a whole. *Ogden v. Saunders*, 25 U.S. 213, 341 (1827) ("A great mass of human transactions depends upon implied contracts; upon contracts which are not written, but which grow out of the acts of the parties.")

## II.

When "a breach of a public duty as an intentional tort or such entire want of care, which would raise the presumption of conscious indifference to consequences, then [exemplary] damages may be recovered as tort". *Taylor v. Powertel, Inc.*, 250 Ga. App. 356 (Ga. Ct. App. 2001)

## III.

Compensation significant enough to help prevent future harm to society is in the interest of the state. *Keeton v. Hustler Magazine, Inc.*, 465 U.S. 770 (1984) ("States have an especial interest in torts committed within its territory.")

## IV.

It is customary under the common and statute law to punish men for aggravated misconduct excess compensation in the form of damages. *Missouri Pacific Railway Co. v. Humes*, 115 U.S. 512, 521 (1885) ("It is the duty of every State to provide, in the administration of justice, for the redress of private wrongs; yet the damages which should be awarded to the injured party are not always readily ascertainable… The general rule undoubtedly is that they should be precisely commensurate with the injury. Yet in England and in this country, they have been allowed in excess of compensation, whenever malice, gross neglect, or oppression has caused or accompanied the commission of the injury complained of".)

## V.

The aim in awarding damages is to help prevent similar behavior. *Herbert v. Lando*, 441 U.S. 153, 172 (1979)

## VI.

Internal Filing ID:
GA-USD-NDG-01.28.2024-F1

Under color of authority of Jewish- created and controlled DEFENDANT "THE US",
insurgent, treasonous anti-American domestic terroristic Zionists—including, but not limited to
DEFENDANTS "GREENBLATT", "BIDEN", "LIPSTADT", "BLINKEN",
ROSENWORCEL", "ADL", "BB", "AJC", and "IHRA"—have, contrary to the Constitution and
Laws of Georgia using the several aforesaid unconstitutional federal statutes to fraudulently, in
the name of the People of the United States as well as to their detriment in subversion of the U.S.
Constitution and Laws, create and disseminate a false narrative of Jewish Semitism and
victimhood worldwide. *See* **Ex. H**: US Department of State Promotes Zionist Agenda
Domestically; **Ex. I**: Jewish Groups Tell UN Embrace IHRA Definition of Anti-Semitism; **Ex. J**:
IHRA Defined Anti-Semitism to Take Center Stage at World Economic Forum; and **Ex. K**: B'nai
B'rith Holocaust Propaganda to Promote Falsity of Jewish Victimhood.

## VII.

Contrary to the Constitution, Laws and public policy of Georgia, every DEFENDANT is
directly or indirectly conducting a proxy war in the Middle East to promote the political interests
and objectives of the criminal Zionist Entity committing genocide in Gaza. *See* **Ex. L**: What
Military Aid "The US" sent to Aid Zionist Entity; **Ex. M**: "The US" House Passes Resolution
Condemning Anti-Semitism; and **Ex. N**: Bill to Define Anti-Semitism in Georgia.

## VIII.

Every DEFENDANT is involved in indictable criminal activity according to the Laws of
Georgia, to the great detriment of Georgians and PLAINTIFF in particular. *Ohio Life Insurance
and Trust Company v. Debolt*, 57 U.S. 416, 428 (1853) ("There are, undoubtedly, fixed and
immutable principles of justice, sound policy, and public duty, which no State can disregard
without serious injury to the community, and to the individual citizens who compose it.")

## IX.

PLAINTIFF has been denied the Rights to free speech and freedom of religion and
conscience under Georgia's Constitution— mislabeled anti-Semitic for truthfully confessing
Hebrew heritage and observing religious rites as an Israelite— and targeted with aggravated

slander and libel on social media platforms[28] (*see* Cobb's 1851 Digest, p. 812), including but not limited to "X" (formerly Twitter) in consequence of every DEFENDANTS' breach of duty. *See* Civil Action No. 1:23-CV-05840-JPB, U.S. District Court for the Northern District of Georgia (Atlanta Division).

## X.

PLAINTIFF has suffered and does suffer extreme injury to peace, happiness, and feelings due to violations of constitutional Rights and in light of the imminent world war and present destabilization of the Middle East instigated and supported by every DEFENDANT's breach of duty.

## XI.

Courts are required, by Law, to declare powers and privileges that are prohibited by the Constitution or Laws of Georgia, or contrary to the public policy of the State invalid, and to restrain and prohibit such illicit activity. *See* Acts of 1893, p. 32.

*Sit thou silent, and get thee into darkness, O daughter of the Chaldeans: for thou shalt no more be called, The lady of kingdoms.* Isaiah 47:5

/s/

TAMAH JADA CLARK
**PLAINTIFF**

1880 Braselton Hwy
Suite 118 #5018
Lawrenceville, Ga 30043

Tel: 1(888) 256-6692 ext. 777
Fax: 1(888) 352-1570
E-mail: CommonLaw119@gmail.com

---

[28] "A libel is a malicious defamation, expressed either by printing or writing, or signs, pictures or the like, tending to blacken the memory of one who is dead, or the honesty, virtue, integrity, or reputation of one who is alive and thereby expose him to public hatred, contempt, or ridicule. Every person convicted of this offense shall be punished as for a misdemeanor." Code 1933, § 26-2101.

Internal Filing ID:
GA-USD-NDG-01.28.2024-F1

9055513.1.25-103

Ex. A: "An Act To provide certain basic Authority for the Department of State"
(Aug. 1, 1956, ch. 841, title I, **§59**)

890                              PUBLIC LAW 885–AUG. 1, 1956              [70 STAT.

Public Law 885                                          CHAPTER 841

August 1, 1956                              AN ACT
[S. 2569]                To provide certain basic authority for the Department of State.

State Depart-     *Be it enacted by the Senate and House of Representatives of the*
ment.             *United States of America in Congress assembled,* That the Secretary
Passport and      of State is authorized to establish, maintain, and operate passport and
despatch agencies. despatch agencies.
                      SEC. 2. The Secretary of State, when funds are appropriated there-
                  for, may—
Printing and          (a) provide for printing and binding outside the continental
binding.          United States without regard to section 11 of the Act of March 1,
40 Stat. 1270.    1919 (44 U. S. C. 111);
Transportation of     (b) pay the cost of transportation to and from a place of stor-
household effects, age and the cost of storing the furniture and household and per-
etc.              sonal effects of an employee of the Foreign Service who is assigned
                  to a post at which he is unable to use his furniture and effects,
                  under such regulations as the Secretary may prescribe;
                      (c) employ aliens, by contract, for services abroad;
                      (d) provide for official functions and courtesies;
                      (e) purchase uniforms; and
                      (f) pay tort claims, in the manner authorized in the first para-
62 Stat. 983.     graph of section 2672, as amended, of title 28 of the United States
                  Code when such claims arise in foreign countries in connection
                  with Department of State operations abroad.—
                      SEC. 3. The Secretary of State is authorized to—
Insurance on          (a) obtain insurance on official motor vehicles operated by the
motor vehicles.   Department of State in foreign countries, and pay the expenses
                  incident thereto;
                      (b) rent tie lines and teletype equipment;
                      (c) provide ice and drinking water for United States Em-
                  bassies and Consulates abroad;
                      (d) pay excise taxes on negotiable instruments which are nego-
                  tiated by the Department of State abroad;
                      (e) pay the actual expenses of preparing and transporting to
                  their former homes the remains of persons, not United States
                  Government employees, who may die away from their homes
                  while participating in international educational exchange activi-
                  ties under the jurisdiction of the Department of State;
Expenses for          (f) pay expenses incident to the relief, protection, and burial
seamen.           of American seamen, and alien seamen from United States vessels
                  in foreign countries and in the United States Territories and
                  possessions;
                      (g) pay the expenses incurred in the acknowledgment of the
                  services of officers and crews of foreign vessels and aircraft in
                  rescuing American seamen, airmen, or citizens from shipwreck or
                  other catastrophe abroad or at sea;
Rentals and           (h) rent or lease, for periods of less than ten years, such offices,
leases.           buildings, grounds, and living quarters for the use of the Foreign
                  Service abroad as he may deem necessary, and make payments
                  therefor in advance; and
                      (i) maintain, improve, and repair properties rented or leased
                  pursuant to authority contained in subsection (h) of this section
                  and furnish fuel, water, and utilities for such properties.
                      SEC. 4. The Secretary of State is authorized to—
Emergency ex-         (a) make expenditures, from such amounts as may be specifi-
penditures.       cally appropriated therefor, for unforeseen emergencies arising
                  in the diplomatic and consular service and, to the extent author-



9055513.1.28-103

ized in appropriation Acts, funds expended for such purposes may be accounted for in accordance with section 291 of the Revised Statutes (31 U. S. C. 107); and

(b) delegate to subordinate officials the authority vested in him by section 291 of the Revised Statutes pertaining to certification of expenditures.

SEC. 5. The Secretary of State is authorized to—

(a) provide for participation by the United States in international activities which arise from time to time in the conduct of foreign affairs for which provision has not been made by the terms of any treaty, convention, or special Act of Congress: *Provided*, That this subsection shall not be construed as granting authority to accept membership for the United States in any international organization, or to participate in the activities of any international organization for more than one year without approval by the Congress; and

*Participation in international activities.*

(b) pay the expenses of participation in activities in which the United States participates by authority of subsection (a) of this section, including, but not limited to the following:

(1) Employment of aliens;

(2) Travel expenses without regard to the Standardized Government Travel Regulations and to the rates of per diem allowances in lieu of subsistence expenses under the Travel Expense Act of 1949, as amended (5 U. S. C. 835–842);

*63 Stat. 166.*

(3) Travel expenses of persons serving without compensation in an advisory capacity while away from their homes or regular places of business not in excess of those authorized for regular officers and employees traveling in connection with said international activities; and

(4) Rental of quarters by contract or otherwise.

SEC. 6. The provisions of section 8 of the United Nations Participation Act of 1945, as amended (22 U. S. C. 287e), and regulations thereunder, applicable to expenses incurred pursuant to that Act, may be applicable to the obligation and expenditure of funds in connection with United States participation in the International Civil Aviation Organization.

*63 Stat. 736.*

SEC. 7. The exchange allowances or proceeds derived from the exchange or sale of passenger motor vehicles in possession of the Foreign Service abroad, in accordance with section 201 (c) of the Act of June 30, 1949 (40 U. S. C. 481 (c)), shall be available without fiscal year limitation for replacement of an equal number of such vehicles.

*63 Stat. 384.*

SEC. 8. The Secretary of State may, when authorized in an appropriation or other law, transfer to any department, agency, or independent establishment of the Government, with the consent of the head thereof, any funds appropriated to the Department of State, for direct expenditure by such department, agency, or independent establishment for the purposes for which the funds are appropriated.

*Transfer of funds.*

SEC. 9. The Secretary of State is authorized to enter into contracts in foreign countries involving expenditures from funds appropriated or otherwise made available to the Department of State, without regard to the provisions of section 3741 of the Revised Statutes (41 U. S. C. 22): *Provided*, That nothing in this section shall be construed to waive the provisions of section 431 of title 18 of the United States Code.

*Contracts in foreign countries.*

SEC. 10. Appropriated funds made available to the Department of State for expenses in connection with travel of personnel outside the continental United States, including travel of dependents and transportation of personal effects, household goods, or automobiles of such personnel shall be available for such expenses when any part of such travel or transportation begins in one fiscal year pursuant to travel

*52 Stat. 702.*

*Travel funds, availability.*

888    PUBLIC LAW 886—AUG. 1, 1956    [70 STAT.

69 Stat. 810.

orders issued in that year, notwithstanding the fact that such travel or transportation may not be completed during that same fiscal year.

SEC. 11. Notwithstanding the provisions of section 16 (a) of the Act of August 2, 1946 (5 U. S. C. 78 (e)), the Secretary of State may authorize any chief of diplomatic mission to approve the use of Government-owned vehicles in any foreign country for transportation of United States Government employees from their residence in the office and return when public transportation facilities are unsafe or are not available.

Per diem rates.

SEC. 13. The Secretary of State, with the approval of the Bureau of the Budget, shall prescribe the maximum rates of per diem in lieu of subsistence (or of similar allowances thereof) payable while away from their own countries to foreign participants in any exchange of persons program, or in any program of furnishing technical information and assistance, under the jurisdiction of any Government agency, and such rates may be fixed without regard to any provision of law in limitation thereof.

60 Stat. 1025.

SEC. 12. Allowances granted under section 901 (1) of the Foreign Service Act of 1946 (22 U. S. C. 1131 (1)), may include water, in addition to the utilities specified.

SEC. 14. Appropriations now or hereafter made available for allowances granted under the authority in part A of title IX of the Foreign Service Act of 1946, as amended (22 U. S. C. 1131), including an allowance for water as authorized in section 13 of this Act shall be available for the payment of such allowances in advance.

Appropriations.

SEC. 15. Appropriations to carry out the purposes of this Act are hereby authorized. When so provided in an appropriation law, an appropriation made to the Department of State may remain available until expended.

Approved August 1, 1956.

---

Public Law 886    CHAPTER 842

AN ACT

August 1, 1956.
[S. 4050]

To amend section 607 of the Postal Field Service Compensation Act of 1953, to include employees in the Motor Vehicle Service.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That section 607 of

Postal Service.
Service vehicle maintenance employees.
39 USC 1007.

the Postal Field Service Compensation Act of 1953 is amended by inserting after the words "Postal Transportation Service" wherever they appear therein the words "and the Motor Vehicle Service". The heading of such section is amended to read as follows: "EMPLOYEES IN THE POSTAL TRANSPORTATION SERVICE AND THE MOTOR VEHICLE SERVICE."

SEC. 2. As used in this section in reference to employees in the Motor Vehicle Service the term "assigned to road duty" means assignment to a Motor Vehicle Service route which is not less than fifty miles in length one way.

69 Stat. 136.

SEC. 3. Subsection (b) of section 603 of the Postal Field Service Compensation Act of 1953 is amended by inserting after the words "Postal Transportation Service" the words "and the Motor Vehicle Service."

Approved August 1, 1956.

905551 3.1.27-103

**Ex. B: "Authorization for Establishment of Office to Monitor and Combat Anti- Semitism" (Pub. L. 108–332, §5, Oct. 16, 2004, 118 Stat. 1284)**

118 STAT. 1284        PUBLIC LAW 108–332—OCT. 16, 2004

(3) the actions taken by such governments to enact and enforce laws relating to the protection of the right to religious freedom of Jewish people;

(4) the efforts by such governments to promote anti-bias and tolerance education; and

(5) instances of propaganda in government and nongovernment media that attempt to justify or promote racial hatred or incite acts of violence against Jewish people.

SEC. 5. AUTHORIZATION FOR ESTABLISHMENT OF OFFICE TO MONITOR AND COMBAT ANTI-SEMITISM.

The State Department Basic Authorities Act of 1956 is amended by adding after section 58 (22 U.S.C. 2730) the following new section:

22 USC 2731.    "SEC. 59. MONITORING AND COMBATING ANTI-SEMITISM.

"(a) OFFICE TO MONITOR AND COMBAT ANTI-SEMITISM.—

"(1) ESTABLISHMENT OF OFFICE.—The Secretary shall establish within the Department of State an Office to Monitor and Combat anti-Semitism (in this section referred to as the 'Office').

"(2) HEAD OF OFFICE.—

"(A) SPECIAL ENVOY FOR MONITORING AND COMBATING ANTI-SEMITISM.—The head of the Office shall be the Special Envoy for Monitoring and Combating anti-Semitism (in this section referred to as the 'Special Envoy').

"(B) APPOINTMENT OF HEAD OF OFFICE.—The Secretary shall appoint the Special Envoy. If the Secretary determines that such is appropriate, the Secretary may appoint the Special Envoy from among officers and employees of the Department. The Secretary may allow such officer or employee to retain the position (and the responsibilities associated with such position) held by such officer or employee prior to the appointment of such officer or employee to the position of Special Envoy under this paragraph.

"(b) PURPOSE OF OFFICE.—Upon establishment, the Office shall assume the primary responsibility for—

"(1) monitoring and combating acts of anti-Semitism and anti-Semitic incitement that occur in foreign countries;

"(2) coordinating and assisting in the preparation of that portion of the report required by sections 116(d)(7) and 502B(b) of the Foreign Assistance Act of 1961 (22 U.S.C. 2151n(d)(7) and 2304(b)) relating to an assessment and description of the nature and extent of acts of anti-Semitism and anti-Semitic incitement for inclusion in the annual Country Reports on Human Rights Practices; and

"(3) coordinating and assisting in the preparation of that portion of the report required by section 102(b)(1)(A)(iv) of the International Religious Freedom Act of 1998 (22 U.S.C. 6412(b)(1)(A)(iv)) relating to an assessment and description of the nature and extent of acts of anti-Semitism and anti-Semitic incitement for inclusion in the Annual Report on International Religious Freedom.

"(c) CONSULTATIONS.—The Special Envoy shall consult with domestic and international nongovernmental organizations and multilateral organizations and institutions, as the Special Envoy considers appropriate to fulfill the purposes of this section.".

1/27/24, 10:05 AM                          5095.png (1275×1650)

## Ex. C: "Special Envoy to monitor and Combat Anti-Semitism Act" (Pub. L. 116–326, §3, Jan. 13, 2021, 134 Stat. 5095)

PUBLIC LAW 116–326—JAN. 13, 2021          134 STAT. 5095

Public Law 116–326
116th Congress

### An Act

To amend the State Department Basic Authorities Act of 1956 to monitor and combat anti-Semitism globally, and for other purposes.

*Jan. 13, 2021*
[H.R. 221]

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,*

**SECTION 1. SHORT TITLE.**

This Act may be cited as the "Special Envoy to Monitor and Combat Anti-Semitism Act".

Special Envoy to Monitor and Combat Anti-Semitism Act.
22 USC 2651 note.
22 USC 2731 note.

**SEC. 2. FINDING.**

Congress finds that, since the Global Anti-Semitism Review Act of 2004 (Public Law 108–332) was enacted, in many foreign countries acts of anti-Semitism have been frequent and wide in scope, the perpetrators and variety of threats to Jewish communities and their institutions have proliferated, and in some countries anti-Semitic attacks have increased in frequency, scope, violence, and deadliness.

**SEC. 3. MONITORING AND COMBATING ANTI-SEMITISM.**

Section 59(a) of the State Department Basic Authorities Act of 1956 (22 U.S.C. 2731(a)) is amended—
(1) in paragraph (2)—
(A) in subparagraph (A)—
(i) by inserting before the period at the end the following: ", who shall be appointed by the President, by and with the advice and consent of the Senate"; and

President.

(ii) by adding at the end the following new sentence: "The Special Envoy shall report directly to the Secretary."; and
(B) in subparagraph (B)—
(i) in the heading, by striking "APPOINTMENT" and inserting "NOMINATION";
(ii) by striking the first sentence;
(iii) in the second sentence, by striking "If the Secretary determines that such is appropriate, the Secretary may appoint" and inserting "If the President determines that such is appropriate, the President may nominate"; and

President. Determination.

(iv) in the third sentence, by striking "The Secretary may allow such officer or employee to retain the position (and the responsibilities associated with such position) held by such officer or employee prior to the appointment" and inserting "Such officer or

https://uscode.house.gov/images/stat/134/5095.png                    1/1

**Ex. D: "An Act To give the Supreme Court of the United States authority to make and publish rules in actions at law" (June 19, 1934, ch. 651, 48 Stat. 1064)**

1064        73d CONGRESS.   SESS. II.   CHS. 651, 652.   JUNE 19, 1934.

[CHAPTER 651.]

AN ACT

June 19, 1934.
[S. 3940.]
[Public, No. 415.]

To give the Supreme Court of the United States authority to make and publish rules in actions at law.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the Supreme Court of the United States shall have the power to prescribe, by general rules, for the district courts of the United States and for the courts of the District of Columbia, the forms of process, writs, pleadings, and motions, and the practice and procedure in civil actions at law. Said rules shall neither abridge, enlarge, nor modify the substantive rights of any litigant. They shall take effect six months after their promulgation, and thereafter all laws in conflict therewith shall be of no further force or effect.

Supreme Court of United States.
Power to prescribe rules in civil actions at law.

Rights of litigant.
Effective date.

Rules in equity and law may be united.

Proviso.
Right of trial by jury.
Effective date of united rules.

Sec. 2. The court may at any time unite the general rules prescribed by it for cases in equity with those in actions at law so as to secure one form of civil action and procedure for both: *Provided, however,* That in such union of rules the right of trial by jury as at common law and declared by the seventh amendment to the Constitution shall be preserved to the parties inviolate. Such united rules shall not take effect until they shall have been reported to Congress by the Attorney General at the beginning of a regular session thereof and until after the close of such session.

Approved, June 19, 1934.

[CHAPTER 652.]

AN ACT

June 19, 1934.
[S. 3285.]
[Public, No. 416.]

To provide for the regulation of interstate and foreign communication by wire or radio, and for other purposes.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,*

Communications Act of 1934.

TITLE I—GENERAL PROVISIONS

Purposes of Act.

PURPOSES OF ACT; CREATION OF FEDERAL COMMUNICATIONS COMMISSION

SECTION 1. For the purpose of regulating interstate and foreign commerce in communication by wire and radio so as to make available, so far as possible, to all the people of the United States a rapid, efficient, Nation-wide, and world-wide wire and radio communication service with adequate facilities at reasonable charges, for the purpose of the national defense, and for the purpose of securing a more effective execution of this policy by centralizing authority heretofore granted by law to several agencies and by granting additional authority with respect to interstate and foreign commerce in wire and radio communication, there is hereby created a commission to be known as the "Federal Communications Commission", which shall be constituted as hereinafter provided, and which shall execute and enforce the provisions of this Act.

Federal Communications Commission created.

Application of Act.

APPLICATION OF ACT

To interstate and foreign communications; transmission of energy by radio.
Persons to whom applicable.

SEC. 2. (a) The provisions of this Act shall apply to all interstate and foreign communication by wire or radio and all interstate and foreign transmission of energy by radio, which originates and/or is received within the United States, and to all persons engaged within the United States in such communication or such transmission of energy by radio, and to the licensing and regulating of all

9055513.1.31-103

**Ex. E: Plaintiff's Communications Pleading with Defendants for Relief.**                    LEGAL COMMUNICATION

*Filing & tracking information viewable online:* www.CommonLawOffice.com/Arbitrations-and-Disputes

Filing ID:
AD-DOS-10.14.2023A-C2



Wednesday, November 29, 2023
CERTIFIED MAIL

Tamah Jada Clark
The Common Law Office™
1880 Braselton Hwy
Suite 118 #5018 Lawrenceville, Ga 30043
E-mail: Legal@CommonLawOffice.com
Tel: 1(888) 256-6692 ext. 777
Fax: 1(888) 352-1570
Web: www.CommonLawOffice.com

U.S. Department of State
c/o The Executive Office,
Office of the Legal Adviser,
Suite 5.600
600 19th Street NW
Washington, DC 20522

## DEMAND TO CEASE AND DESIST ANTI-SEMITIC POLICIES, RHETORIC, AND ALL RELATED ACTIVITY

*Re:* Office of the Special Envoy to Monitor and Combat Antisemitism (OSEAS) prohibited under Act of <u>Sept. 15, 1789, ch. 14, $1, 1 Stat. 68</u> and Article II of US Constitution

De Facto Department of State:

    Your organization and its Secretary are unlawful. We are communicating with you for the purpose of protecting the rights of Semitic persons adversely affected by your operating. Our primary concern at present is the Office of the Special Envoy to Monitor and Combat Anti-Semitism ("OSEAS"). This Communication is with the express intent to reserve all rights, including those to challenge the constitutionality of your existence and to sue, in a non-official

*This Legal Communication is drafted and submitted on behalf of the Anti-Semitism Defense League™ (ADL), which forms part of the Nation of Israel. All Rights Reserved. The Nation of Israel is a hereditary Family comprised of the biological descendants of the Biblical Hebrews also known as "Israelites", around whom the Abrahamic religions of Christianity, Judaism, and Islam are centered. While Israelites are separate and distinct from Jews. we do not condone, support, or encourage any form of unprovoked hatred against Jews or other non-Semitic persons. Israel believes in universal respect for all of Humanity and encourage all peoples to actively work toward peace and inclusivity in a manner that simultaneously deters discrimination and hate. God is Love (1 John 4:18). Love wins. Nation of Israel: www.HarTsiyon.com*

**ADL**
Anti-Semitism Defense League™
www.TheADL.org

9055513.1,32-103

LEGAL COMMUNICATION
*Filing & tracking information viewable online: www.CommonLawOffice.com/Arbitrations-and-Disputes*

Filing ID:
AD-DOS-10.14.2023A-C2

capacity, Deborah Lipstadt, Antony Blinken, and other persons complicit in the Zionist Conspiracy against Semites.

Our October 14, 2023 Communication to you (AD-DOS-10.14.2023A-C1) outlines the mechanism relied upon to intentionally vilify lawful persons and organizations as 'terroristic', through the use of illegal 'Judaic Propaganda': discriminatory dissemination of slanderous, false, injurious misinformation about Israelites and other Semitic persons- including but not limited to Palestinians and Palestinian nationalist group HAMAS, officially: Islamic Resistance Movement You returned it with a Notice to address it to the Executive Office of the Office of the Legal Adviser, which is hereby accomplished. *(See Enclosures for AD-DOS-10.14.2023A-C1 and accompanying Notice).*

Foreign affairs are an Executive function under Article II of the Constitution for the Republic, which may only be exercised when a duly elected President "speaks for the Nation". *Zivotofsky v. Kerry*, 135 S. Ct. 2076, 2087 (2014). It is under Article II whereby "[a]s a government, the United States is invested with all the attributes of sovereignty". *Mackenzie v. Hare*, 239 U.S. 299, 311 (1915) This excludes organizations and activity that are executive in name only, authorized by Acts within the Powers of Congress under Article I, Section 8.

OSEAS is not authorized to operate under US Law; viz., the Act of Sept. 15, 1789, ch. 14, §1, 1 Stat. 68 and Article II prohibit all OSEAS activity. US Laws pertaining to foreign affairs are the Acts of July 27. 1789. ch. 4. §1. 1 Stat. 282, Sept. 15, 1789, ch. 14, §1, 1 Stat. 68 and their derivatives. Your organization and its Secretary are de facto—not de jure—being offshoots of Section 199 of the Revised Statutes (R.S. §199) under 22 USC 2651, which is neither law nor statute within the meaning of Article II.

Code is "imitation law" as opposed to actual Statutes.[1] Moreover, it is only "whenever titles of such Code shall have been enacted into positive law" that they may serve as evidence of the Law. *See* 1 USC 204(a).

"If you go into court and cite a section of the United States Code, your adversary may bring in a dozen Statutes at Large to show that what is in the Code is not an accurate statement. As a result, he may prevail because the Statutes at Large are legal evidence of the law, whereas the Code [when enacted into positive law] is only prima facie evidence."[2]

---

[1] Tobias A. Dorsey, Some Reflections on Not Reading the Statutes, 10 Green Bag 2d 283, 283 (2007) (quoting Felix Frankfurter, Some Reflections on the Reading of Statutes, 47 Colum. .L Rev. 527, 527 (1947)).
[2] Charles S. Zinn, Revision of the UnitedStates Code, 51 Law Libr. .J 388, 389 (1958).

**ADL**
Anti-Semitism Defense League™
www.TheADL.org

*This Legal Communication is drafted and submitted on behalf of the Anti-Semitism Defense League™ (ADL), which forms part of the Nation of Israel. All Rights Reserved. The Nation of Israel is a hereditary Family comprised of the biological descendants of the Biblical Hebrews also known as "Israelites", around whom the Abrahamic religions of Christianity, Judaism, and Islam are centered. While Israelites are separate and distinct from Jews, we do not condone, support, or encourage any form of unprovoked hatred against Jews or other non-Semitic persons. Israel believes in universal respect for all of Humanity and encourage all peoples to actively work toward peace and inclusivity in a manner that simultaneously deters discrimination and hate. God is Love (1 John 4:18). Love wins. Nation of Israel: www.HarTsiyon.com*

LEGAL COMMUNICATION
*Filing & tracking information viewable online:* www.CommonLawOffice.com/Arbitrations-and-Disputes

Filing ID:
AD-DOS-10.14.2023A-C2

Title 22 of the United States Code, Foreign Relations And Intercourse, was never enacted into positive law.  It is barred from serving as evidence of law and incapable, much less, of itself forming part of the Law.

OSEAS, created under 22 USC 2731, is an unlawful, unconstitutional anti-Semitic farce designed by Zionists to propagate the falsehood that Jews are Biblical Hebrews (e.g. Israelites) whereas they are predominantly Caucasians descended from Khazars.[3] Thus, Jews—a religious grouping founded in Judaism—have nothing to do with Semitism or anti-Semitism. There is "no constitutional value in false statements of fact" because neither "the intentional lie nor the careless error materially advances society's interest" in open debate on public issues. *Gertz v. Robert Welch, Inc.*, 418 U.S. 323, 340 (1974).

We hereby demand that all anti-Semitic rhetoric, policies, and activities affecting Israelites and other Semites—including but not limited to OSEAS operations— be immediately and indefinitely ceased. Additionally, notice is hereby given that proponents of OSEAS are liable, in a non-official individual capacity, to criminal prosecution for publishing slanderous and libelous falsehoods. *Chaplinsky v. New Hampshire*, 315 U.S. 568, 571-72 (1942).


/s/


Tamah Jada Clark
The Common Law Office ™
(On behalf of)
Anti-Semitism Defense League ™ (ADL) www.TheADL.org


ENCLOSURE(S) AND ATTACHMENTS:

- AD-DOS-10.14.2023A-C1 and accompanying Notice from L/EX

---

[3] Clark, Tamah Jada (2022): The Final Exodus. Jewish An=-Shemi=sm and Ethnic Supplanta=on: Aphoris=c Prolegomena on Cultural Holocaust in the Holy Land and Surrounding Region; Manda=ng Repara=on and Res=tu=on for Descendants of the Transatlan=c Slavetrade; containing A Criminal Indictment of The United States, et. al.; comprising An Outline of The Final Exodus: by Tamah Jada Clark. figshare. Book. h]ps://doi.org/10.6084/m9.figshare.21731057.v1

**ADL**
Anti-Semitism Defense League™
www.TheADL.org

*This Legal Communication is drafted and submitted on behalf of the Anti-Semitism Defense League™ (ADL), which forms part of the Nation of Israel. All Rights Reserved. The Nation of Israel is a hereditary Family comprised of the biological descendants of the Biblical Hebrews also known as "Israelites", around whom the Abrahamic religions of Christianity, Judaism, and Islam are centered. While Israelites are separate and distinct from Jews. we do not condone, support, or encourage any form of unprovoked hatred against Jews or other non-Semitic persons. Israel believes in universal respect for all of Humanity and encourage all peoples to actively work toward peace and inclusivity in a manner that simultaneously deters discrimination and hate. God is Love (1 John 4:18). Love wins. Nation of Israel: www.HarTsiyon.com*

9G55513.1.33-103



United States Department of State

*Washington, D.C.   20520*

## NOTICE

We are returning the enclosed documents, as they were not addressed to the Executive Office of the Office of the Legal Adviser. We refer you to the procedures set forth in regulations at 22 C.F.R. § 172. Please review them carefully. In particular, 22 C.F.R. § 172.2(a) states that:

> Only the Executive Office of the Office of the Legal Adviser (L/EX) is authorized to receive and accept summonses or complaints sought to be served upon the Department or Department employees. All such documents should be delivered or addressed to: The Executive Office, Office of the Legal Adviser, Suite 5.600, 600 19th Street NW., Washington DC 20522. (Note that the suite number is 5.600.)

In addition, in accordance with 22 C.F.R. § 172.3(a), only L/EX is authorized to receive and accept subpoenas, court orders or other demands or requests for official information or action.

UNCLASSIFIED

8055513.1.35-103

0517B41.2-73

LEGAL COMMUNICATION
*Filing & tracking information viewable online:* www.CommonLawOffice.com/Arbitrations-and-Disputes

Filing ID:
AD-DOS-10.14.2023A-C1



Saturday, October 14, 2023
CERTIFIED MAIL

Tamah Jada Clark
The Common Law Office™
1880 Braselton Hwy
Suite 118 #5018 Lawrenceville, Ga 30043
E-mail: Legal@CommonLawOffice.com
Tel: 1(888) 256-6692 ext. 777
Fax: 1(888) 352-1570
Web: www.CommonLawOffice.com

U.S. Department of State
c/o Antony Blinken,
Secretary of State *de facto*
2201 C St., NW
Washington, DC 20520

## ILLEGAL U.S.-ISRAELI CONSPIRACY AGAINST ARABS, MUSLIMS, AND OTHER SEMITIC PERSONS; HAMAS (ISLAMIC RESISTANCE MOVEMENT) IS NOT A 'TERRORIST' ORGANIZATION UNDER US CONSITUTION AND LAWS

*Re: Intentional Misapplication of the Immigration and Nationality Act (INA) to Discriminatorily Target American Citizens on the Basis of Race, Religion, Nationality, and Ancestry via Judaic propaganda in Violation of Communications Act of 1934*

To All Concerned:

The purpose of this Legal Communication is to formally annul the *de facto* mechanism relied upon by the U.S. Department of State (DOS) to intentionally vilify lawful persons and organizations as 'terroristic,' through the use of illegal 'Judaic Propaganda': discriminatory dissemination of slanderous, false, injurious misinformation about Israelites and other Semitic

**ADL**
Anti-Semitism Defense League™
www.TheADL.org

*This Legal Communication is drafted and submitted on behalf of the Anti-Semitism Defense League™ (ADL), which forms part of the Nation of Israel. All Rights Reserved. The Nation of Israel is a hereditary Family comprised of the biological descendants of the Biblical Hebrews also known as "Israelites", around whom the Abrahamic religions of Christianity, Judaism, and Islam are centered. While Israelites are separate and distinct from Jews, we do not condone, support, or encourage any form of unprovoked hatred against Jews or other non-Semitic persons. Israel believes in universal respect for all of Humanity and encourage all peoples to actively work toward peace and inclusivity in a manner that simultaneously deters discrimination and hate. God is Love (1 John 4:18). Love wins. Nation of Israel: www.HarTsiyon.com*

LEGAL COMMUNICATION
*Filing & tracking information viewable online:* www.CommonLawOffice.com/Arbitrations-and-Disputes

Filing ID:
AD-DOS-10.14.2023A-C1

persons—including but not limited to Palestinians and Palestinian nationalist group HAMAS, officially: Islamic Resistance Movement—contrary to the public interest, convenience, and necessity of the People of the United States. (See Attachment #1: *FCC Legal Notice of Violation of Article I, Sec. 8. U.S. Constitution*).

Review of the Designated Foreign Terrorist Organizations list published by the U.S. Department of State (DOS), Bureau of Counterterrorism (CT), reveals that almost 80% of the listees are Arabs, Muslims, and other Semitic persons. Investigation into this alarming disparity led to discovery of the illegal device used to disproportionately target on the basis of race, religion, nationality, and ancestry.

## PRO-JEWISH PRO-ISRAELI ABUSE OF GOVERNMENT AUTHORITY TO ACHIEVE POLITICAL OBJECTIVES & DISCRIMINATE AGAINST AMERICANS

Foreign Terrorist Organizations (FTOs) are foreign organizations that are designated by the Secretary of State in accordance with section 219 of the Immigration and Nationality Act (INA), as amended. FTO designations are supposed to play a critical role in the fight against terrorism and serve as an effective means of curtailing support for terrorist activities and pressuring groups to get out of the terrorism business. However, when used to single-out specific ethno-cultural groups, it has the abhorrent effect of curtailing American rights and freedoms.

CT continually monitors the activities of terrorist groups active around the world to identify potential targets for designation. When reviewing potential targets, CT looks not only at the actual terrorist attacks that a group has carried out, but also at whether the group has engaged in planning and preparations for possible future acts of terrorism or retains the capability and intent to carry out such acts. HAMAS is the current government of Palestine in the Gaza Strip. This Islamic Resistance Movement *government* was designated an FTO October 8, 1997, due to its on-going refusal to relinquish its territory to the illegal Israeli occupation.

Once a target is identified, CT prepares a detailed "administrative record," which is a compilation of information, typically including both classified and open sources information, demonstrating that the statutory criteria for designation have been satisfied. If the Secretary of State, in consultation with the Attorney General and the Secretary of the Treasury, decides to make the designation, Congress is notified of the Secretary's intent to designate the organization and given seven days to review the designation, as the INA requires. Upon the expiration of the seven-

**ADL**
Anti-Semitism Defense League™
www.TheADL.org

*This Legal Communication is drafted and submitted on behalf of the Anti-Semitism Defense League™ (ADL), which forms part of the Nation of Israel. All Rights Reserved. The Nation of Israel is a hereditary Family comprised of the biological descendants of the Biblical Hebrews also known as "Israelites", around whom the Abrahamic religions of Christianity, Judaism, and Islam are centered. While Israelites are separate and distinct from Jews, we do not condone, support, or encourage any form of unprovoked hatred against Jews or other non-Semitic persons. Israel believes in universal respect for all of Humanity and encourage all peoples to actively work toward peace and inclusivity in a manner that simultaneously deters discrimination and hate. God is Love (1 John 4:18). Love wins. Nation of Israel: www.HarTsiyon.com*

8055513.1,37-103

8677841.1,4-73

LEGAL COMMUNICATION

*Filing & tracking information viewable online: www.CommonLawOffice.com/Arbitrations-and-Disputes*

Filing ID:
AD-DOS-10.14.2023A-C1

day waiting period and in the absence of Congressional action to block the designation, notice of the designation is published in the Federal Register, at which point the designation takes effect. By law an organization designated as an FTO may seek judicial review of the designation in the United States Court of Appeals for the District of Columbia Circuit not later than 30 days after the designation is published in the Federal Register.

Until recently the INA provided that FTOs must be redesignated every 2 years or the designation would lapse. Under the Intelligence Reform and Terrorism Prevention Act of 2004 (IRTPA), however, the redesignation requirement was replaced by certain review and revocation procedures. IRTPA provides that an FTO may file a petition for revocation 2 years after its designation date (or in the case of redesignated FTOs, its most recent redesignation date) or 2 years after the determination date on its most recent petition for revocation. Thus, it is apparent how pro-Jewish, pro-Israeli actors in government can abuse their authority to perpetually defeat political opponents to the Jewish State by placing them on the Designated Foreign Terrorist Organizations list. For removal, there are three possible bases:

1. The Secretary of State [Antony Blinken] must revoke a designation if the Secretary finds that the circumstances that were the basis of the designation have changed in such a manner as to warrant a revocation;
2. The Secretary of State must revoke a designation if the Secretary finds that the national security of the United States warrants a revocation;
3. The Secretary of State may revoke a designation at any time.

The entire process of determining who is an FTO and the ability to remove that designation is under the direct control of three Zionist Jews: Antony Blinken (Secretary of State), Merrick B. Garland (Attorney General), and Janet Yellen (Secretary of Treasury). In other words, the Islamic Resistance Movement or HAMAS— as the biggest political opponent to the State of Israel—they could never receive fair treatment and would always be designated "terrorists" for the sake of prospering the *de facto* Jewish State by stifling the ability of Palestinians to resist what the United Nations and international community have concluded as illegal Israeli occupation; this can be accurately termed, "Zionist Conspiracy".

Legal ramifications of the FTO designation conspiratorially placed and maintained upon the Islamic Resistance Movement or HAMAS extends to American citizens because, it is unlawful for a person in the United States or subject to the jurisdiction of the United States to knowingly

**ADL**
Anti-Semitism Defense League™
www.TheADL.org

*This Legal Communication is drafted and submitted on behalf of the Anti-Semitism Defense League™ (ADL), which forms part of the Nation of Israel. All Rights Reserved. The Nation of Israel is a hereditary Family comprised of the biological descendants of the Biblical Hebrews also known as "Israelites", around whom the Abrahamic religions of Christianity, Judaism, and Islam are centered. While Israelites are separate and distinct from Jews, we do not condone, support, or encourage any form of unprovoked hatred against Jews or other non-Semitic persons. Israel believes in universal respect for all of Humanity and encourage all peoples to actively work toward peace and inclusivity in a manner that simultaneously deters discrimination and hate. God is Love (1 John 4:18). Love wins. Nation of Israel: www.HarTsiyon.com*

*Filing & tracking information viewable online:* www.CommonLawOffice.com/Arbitrations-and-Disputes

Filing ID:
AD-DOS-10.14.2023A-C1

provide "material support or resources" to a designated FTO. (The term "material support or resources" is defined in 18 U.S.C. § 2339A(b)(1) as " any property, tangible or intangible, or service, including currency or monetary instruments or financial securities, financial services, lodging, training, expert advice or assistance, safehouses, false documentation or identification, communications equipment, facilities, weapons, lethal substances, explosives, personnel (1 or more individuals who maybe or include oneself), and transportation, except medicine or religious materials." This prevents Palestinians and their supporters from contributing to lawful efforts for Palestinian liberation.

Representatives and members of a designated FTO, if they are aliens, are inadmissible to and, in certain circumstances, removable from the United States (see 8 U.S.C. §§ 1182 (a)(3)(B)(i)(IV)-(V), 1227 (a)(1)(A)). This means Palestinians, Arabs, Muslims, and other Semites who refuse to support illegal Israeli occupation are prevented from U.S. citizenship and residency by Zionists. Moreover, any U.S. financial institution that becomes aware that it has possession of or control over funds in which a designated FTO or its agent has an interest must retain possession of or control over the funds and report the funds to the Office of Foreign Assets Control of the U.S. Department of the Treasury. Zionists have the ability to politically abuse Palestinians, Arabs, Muslims, and other Semites, as well as economically stifle support for Palestine—in the name and authority of the United States government.

There are other effects of FTO designation, which all have the end goal of suppressing opposition to the illegal Jewish State, such as:

1. Encourages other nations to curb financing to "terrorism".
2. Stigmatizes and isolates designated "terrorist" organizations internationally.
3. Deters donations or contributions to and economic transactions with named "terrorist" organizations.
4. Heightens public awareness and knowledge of "terrorist" organizations.
5. Signals to other governments our concern about named "terrorist" organizations.

With the FTO designation in place, Zionists use illegal Judaic Propaganda to sway public opinion in order to justify their misdeeds and silence their victims. Unfortunately, this unlawful conspiracy against Palestinians, Arabs, Muslims, and other Semites constitutes too many constitutional and international law violations to list. Zionists achieve their illegal targeting and discrimination agenda by way of misapplying the Immigration and Nationality Act (INA).

**ADL**
Anti-Semitism Defense League™
www.TheADL.org

*This Legal Communication is drafted and submitted on behalf of the Anti-Semitism Defense League™ (ADL), which forms part of the Nation of Israel. All Rights Reserved. The Nation of Israel is a hereditary Family comprised of the biological descendants of the Biblical Hebrews also known as "Israelites", around whom the Abrahamic religions of Christianity, Judaism, and Islam are centered. While Israelites are separate and distinct from Jews, we do not condone, support, or encourage any form of unprovoked hatred against Jews or other non-Semitic persons. Israel believes in universal respect for all of Humanity and encourage all peoples to actively work toward peace and inclusivity in a manner that simultaneously deters discrimination and hate. God is Love (1 John 4:18). Love wins. Nation of Israel: www.HarTsiyon.com*

LEGAL COMMUNICATION
*Filing & tracking information viewable online: www.CommonLawOffice.com/Arbitrations-and-Disputes*

Filing ID:
AD-DOS-10.14.2023A-C1

## MISAPPLICATION OF THE IMMIGRATION AND NATIONALITY ACT (INA) CONTRARY TO U.S. CONSTITUTION AND LAWS

The legal criteria for designation as an FTO under Section 219 [8 U.S.C. 1189] of the INA, as amended are as follows:

p. 249

1. It must be a foreign organization.

2. The organization must engage in terrorist activity, as defined in **Section 212 (a)(3)(B) of the INA (8 U.S.C. § 1182(a)(3)(B))**, or terrorism, as defined in **Section 140(d)(2) of the Foreign Relations Authorization Act, Fiscal Years 1988 and 1989 (22 U.S.C. § 2656f(d)(2))**, or retain the capability and intent to engage in terrorist activity or terrorism.

3. The organization's terrorist activity or terrorism must threaten the security of U.S. nationals or the national security (national defense, foreign relations, or the economic interests) of the United States.

The meaning of "terrorist activity" is found in Section 212(a)(3)(B)(iii) of the Immigration and Nationality Act (INA), which defines it as, as used in this Act as: any activity which is unlawful under the laws of the place where it is committed (or which, if it had been committed in the United States, would be unlawful under the laws of the United States or any State). Section 212(a)(3)(B)(iii) forms part of Title I, Chapter 2 pertaining to 'Immigration'—stylized as 'Qualification for Admission of Aliens; Travel Control of Citizens and Aliens'. It ostensibly names the Secretary of State and the Attorney General as the persons authorized for its administration and enforcement. However, this will be shown to be both unlawful and unconstitutional.

The Secretary of State is allegedly charged with the administration and enforcement of the provisions of the Immigration and Nationality Act (INA), as provided in Sec. 104(a) [8. U.S.C. 1104] thereof.[1] It purports to have given him the power to determine the nationality of a person not in the United States. This is key to the "Zionist Conspiracy" because Antony Blinken can single-handedly *delegitimize* the nationality of Palestinians—instead labeling them illegal

---

[1] The Secretary of State shall be charged with the administration and the enforcement of the provisions of this Act and all other immigration and nationality laws relating to (1) the powers, duties and functions of diplomatic and consular officers of the United States, except those powers, duties and functions conferred upon the consular officers relating to the granting or refusal of visas; (2) the powers, duties and functions of the Administrator; and (3) the determination of nationality of a person not in the United States. Sec. 104 [8 U.S.C. 1104] of INA.

**ADL**
Anti-Semitism Defense League™
www.TheADL.org

*This Legal Communication is drafted and submitted on behalf of the Anti-Semitism Defense League™ (ADL), which forms part of the Nation of Israel. All Rights Reserved. The Nation of Israel is a hereditary Family comprised of the biological descendants of the Biblical Hebrews also known as "Israelites", around whom the Abrahamic religions of Christianity, Judaism, and Islam are centered. While Israelites are separate and distinct from Jews, we do not condone, support, or encourage any form of unprovoked hatred against Jews or other non-Semitic persons. Israel believes in universal respect for all of Humanity and encourage all peoples to actively work toward peace and inclusivity in a manner that simultaneously deters discrimination and hate. God is Love (1 John 4:18). Love wins. Nation of Israel: www.HarTsiyon.com*

9055513.1.40-103

0577041.1.7773

LEGAL COMMUNICATION
*Filing & tracking information viewable online: www.CommonLawOffice.com/Arbitrations-and-Disputes*

Filing ID:
AD-DOS-10.14.2023A-C1

occupants of the Land of Israel— making their presence and resistance unlawful, therefore rendering them "terrorists" in the Jewish State. Consequently, it makes them eligible to become "Foreign Terrorist Organizations" in the United States via the INA. However, the Secretary of State does not have such authority under the U.S. Constitution.

The Department of State and its corresponding principal officer, Secretary of State, were established by the Act of Sept. 15, 1789, ch. 14, §1, 1 Stat. 68: "Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That the Executive department, denominated the Department of Foreign Affairs, shall hereafter be denominated the Department of State, and the principal officer therein shall hereafter be called the Secretary of State." (See Attachment #2: *An Act to provide for the safe-keeping of the Acts, Records and Seal of the United States, and for other purposes.*") This Act altered the Act of July 27, 1789, ch. 4, §1, 1 Stat. 28² that had established the Department of Foreign Affairs. It is under Section 199 of the Revised Statutes (R.S. §199) derived from the two aforementioned Acts from whence 22 USC 2651 comes, which was only a restatement of those Acts in codified form. (See Attachment #3: *Establishment of the Department of State [Revised Statutes §199]*).

Secretary Blinken holds his office *de facto* under the United States Code (22 USC 2651)— which is neither law nor statute³: "The United States Code self-referentially provides that it is

---

[2] Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That there shall be an Executive department, to be denominated the Department of Foreign Affairs, and that there shall be a principal officer therein, to be called the Secretary for the Department of Foreign Affairs, who shall perform, and execute such duties as shall from time to time be enjoined or intrusted to him by the President of the United States, agreeable to the Constitution, relative to correspondences, commissions or instructions to or with public ministers or consuls, from the United States, or to negotiations with public ministers from foreign states or princes, or to memorials or other applications from foreign public ministers or other foreigners, or to such other matters respecting foreign affairs, as the President of the United States shall assign to the said department; and furthermore, that the said principal officer shall conduct the business of the said department in such manner as the President of the United States shall from time to time order or instruct. Act of July 27, 1789, ch. 4, §1, 1 Stat. 28.

[3] In all courts, tribunals, and public offices of the United States, at home or abroad, of the District of Columbia, and of each State, Territory, or insular possession of the United States- (a) United States Code.-The matter set forth in the edition of the Code of Laws of the United States current at any time shall, together with the then current supplement, if any, establish prima facie the laws of the United States, general and permanent in their nature, in force on the day preceding the commencement of the session following the last session the legislation of which is included: Provided, however, That whenever titles of such Code shall have been enacted into positive law the text thereof shall be legal evidence of the laws therein contained, in all the courts of the United States, the several States, and the Territories and insular possessions of the United States. 1 USC 204(a).

**ADL**
Anti-Semitism Defense League™
www.TheADL.org

*This Legal Communication is drafted and submitted on behalf of the Anti-Semitism Defense League™ (ADL), which forms part of the Nation of Israel. All Rights Reserved. The Nation of Israel is a hereditary Family comprised of the biological descendants of the Biblical Hebrews also known as "Israelites", around whom the Abrahamic religions of Christianity, Judaism, and Islam are centered. While Israelites are separate and distinct from Jews, we do not condone, support, or encourage any form of unprovoked hatred against Jews or other non-Semitic persons. Israel believes in universal respect for all of Humanity and encourage all peoples to actively work toward peace and inclusivity in a manner that simultaneously deters discrimination and hate. God is Love (1 John 4:18). Love wins. Nation of Israel: www.HarTsiyon.com*

Filing ID:
AD-DOS-10.14.2023A-C1

'prima facie' evidence of the general and permanent laws in force at a given date—except that the titles that have been enacted as positive law are 'legal evidence of the laws therein contained . . .' In contrast, the Statutes at Large are 'legal evidence of laws . . . .'.[4] Code is considered "imitation law" because it is not the actual Statutes[5], with the difference being:

> "If you go into court and cite a section of the United States Code, your adversary may bring in a dozen Statutes at Large to show that what is in the Code is not an accurate statement. As a result, he may prevail because the Statutes at Large are legal evidence of the law, whereas the Code is only prima facie evidence."[6]

Secretary Blinken is without any authority to determine nationality because that was never a power of the Secretary of State even under the *de jure* office, set forth in the Act of July 27, 1789, ch. 4, §1, 1 Stat. 28. (See Attachment #4: *An Act for establishing an Executive Department, to de denominated the Department of Foreign Affairs. (a)* ") His asserting otherwise is a treasonous deception buttressed by Judaic Propaganda because, nationality can only be determined by U.S. and international laws, pursuant Article 6, Clause 2, U.S. Constitution.

The Attorney General appears to also be charged with the administration and enforcement of the INA. Careful scrutiny of Sec. 103(a)(1) [8 U.S.C. 1103][7] defeats this notion but says that his determination and ruling with respect to all questions of law shall be controlling. Unfortunately, the Immigration and Nationality Act is altogether unlawful. It was never enacted into positive law, but instead only exists within the United States Code as Title 8 thereof. The lawful provisions concerning immigration and naturalization are found at Titles XXIX and XXX of the Revised Statutes. (See Attachment #5: *Title XXIX 'Immigration' & Title XXX 'Naturalization', Revised Statutes*).

---

[4] Mary Whisner, *The United States Code, Prima Facie Evidence, and Positive Law*, p. 547 Law Libr. J. Vol. 101:4 [2009-30].

[5] Tobias A. Dorsey, *Some Reflections on Not Reading the Statutes*, 10 Green Bag 2d 283, 283 (2007) (quoting Felix Frankfurter, *Some Reflections on the Reading of Statutes*, 47 Colum. L. Rev. 527, 527 (1947)).

[6] Charles S. Zinn, *Revision of the United States Code*, 51 Law Libr. J. 388, 389 (1958).

[7] The Attorney General shall be charged with the administration and enforcement of this Act and all other laws relating to the immigration and naturalization of aliens, except insofar as this Act or such laws relate to the powers, functions, and duties conferred upon the President, Attorney General, the Secretary of State, the officers of the Department of State, or diplomatic or consular officers: Provided, however, That determination and ruling by the Attorney General with respect to all questions of law shall be controlling. Sec. 103 [8 U.S.C. 1103] of INA.

**ADL**
Anti-Semitism Defense League™
www.TheADL.org

This Legal Communication is drafted and submitted on behalf of the Anti-Semitism Defense League™ (ADL), which forms part of the Nation of Israel. All Rights Reserved. The Nation of Israel is a hereditary Family comprised of the biological descendants of the Biblical Hebrews also known as "Israelites", around whom the Abrahamic religions of Christianity, Judaism, and Islam are centered. While Israelites are separate and distinct from Jews, we do not condone, support, or encourage any form of unprovoked hatred against Jews or other non-Semitic persons. Israel believes in universal respect for all of Humanity and encourage all peoples to actively work toward peace and inclusivity in a manner that simultaneously deters discrimination and hate. God is Love (1 John 4:18). Love wins. Nation of Israel: www.HarTsiyon.com

LEGAL COMMUNICATION
*Filing & tracking information viewable online:* www.CommonLawOffice.com/Arbitrations-and-Disputes

Filing ID:
AD-DOS-10.14.2023A-C1

## LEGAL ACTION

      HAMAS or Islamic Resistance Movement is not a "terrorist" organization under the Constitution and laws of the United States. Removal of associated social media accounts and content is prohibited under the Communications Act of 1934. Judaic Propaganda and all forms of disinformation that contradict this fact are slanderous, false, or otherwise injurious about/to Israelites, Arabs, Muslims, and other Semitic persons—including but not limited to Palestinians and Palestinian nationalist group HAMAS. This "Prohibited Content" must be immediately removed from all Federal Communications Commission-regulated medium, including but not limited to social media platforms, which are liable to be sued for every instance of "Prohibited Content" (47 USC 206) in any district court of the United States of competent jurisdiction (47 USC 207).


/s/

Tamah Jada Clark
The Common Law Office™
(On behalf of)
Anti-Semitism Defense League ™(ADL)
www.TheADL.org


ENCLOSURE(S) AND ATTACHMENTS:

- Attachment #1: *FCC Legal Notice of Violation of Article I, Sec. 8. U.S. Constitution*
- See Attachment #2: *An Act to provide for the safe-keeping of the Acts, Records and Seal of the United States, and for other purposes*
- Attachment #3: *Establishment of the Department of State [Revised Statutes §199]*
- Attachment #4: *An Act for establishing an Executive Department, to de denominated the Department of Foreign Affairs. (a)*
- Attachment #5: *Title XXIX 'Immigration' & Title XXX 'Naturalization', Revised Statutes*

CC:

Meta
1 Meta Way
Menlo Park, CA 94025
*[Attachment #1 omitted; sent previously on 10/11/2023]*

**ADL**
Anti-Semitism Defense League™
www.TheADL.org

*This Legal Communication is drafted and submitted on behalf of the Anti-Semitism Defense League™ (ADL), which forms part of the Nation of Israel. All Rights Reserved. The Nation of Israel is a hereditary Family comprised of the biological descendants of the Biblical Hebrews also known as "Israelites", around whom the Abrahamic religions of Christianity, Judaism, and Islam are centered. While Israelites are separate and distinct from Jews, we do not condone, support, or encourage any form of unprovoked hatred against Jews or other non-Semitic persons. Israel believes in universal respect for all of Humanity and encourage all peoples to actively work toward peace and inclusivity in a manner that simultaneously deters discrimination and hate. God is Love (1 John 4:18). Love wins. Nation of Israel: www.HarTsiyon.com*

9G55613.1,43-103

85778411.10-73

LEGAL COMMUNICATION
*Filing & tracking information viewable online: www.CommonLawOffice.com/Arbitrations-and-Disputes*

Filing ID:
AD-DOS-10.14.2023A-C1

X Corp.
c/o Trust & Safety - Legal Policy
1355 Market Street, Suite 900
San Francisco, CA 94103
*[Attachment #1 omitted; sent previously on 10/11/2023]*

TikTok Inc. ATTN: Legal
5800 Bristol Parkway, Suite 100
Culver City, CA 90230
*[Attachment #1 omitted; sent previously on 10/11/2023]*

Legal Support
YouTube (Google LLC)
901 Cherry Ave.
San Bruno, CA 94066
*[Attachment #1 omitted; sent previously on 10/11/2023]*

Canva US, Inc
Attn: Legal
200 E 6th Street,
Suite 200
Austin, TX 78701

**ADL**
Anti-Semitism Defense League™
www.TheADL.org

*This Legal Communication is drafted and submitted on behalf of the Anti-Semitism Defense League™ (ADL), which forms part of the Nation of Israel. All Rights Reserved. The Nation of Israel is a hereditary Family comprised of the biological descendants of the Biblical Hebrews also known as "Israelites", around whom the Abrahamic religions of Christianity, Judaism, and Islam are centered. While Israelites are separate and distinct from Jews, we do not condone, support, or encourage any form of unprovoked hatred against Jews or other non-Semitic persons. Israel believes in universal respect for all of Humanity and encourage all peoples to actively work toward peace and inclusivity in a manner that simultaneously deters discrimination and hate. God is Love (1 John 4:18). Love wins. Nation of Israel: www.HarTsiyon.com*





9214 8901 4298 0489 7071 01



**CERTIFIED MAIL**

Tamah Jada Clark
The Common Law Office
1880 Braselton Hwy
Suite 118 #5018
Lawrenceville  30043

0008561114000011
P. Michele Ellison,
General Counsel
Federal Communications Commission
45 L Street NE
Washington DC 20554

9055513.1.45-103

6977841.1.12-73

LEGAL COMMUNICATION

*Filing & tracking information viewable online:* www.CommonLawOffice.com/Arbitrations-and-Disputes

Filing ID:
AD-FCC-10.10.2023A-C1



Tuesday, October 10, 2023
CERTIFIED MAIL

Tamah Jada Clark
The Common Law Office™
1880 Braselton Hwy
Suite 118 #5018 Lawrenceville, Ga 30043
E-mail: Legal@CommonLawOffice.com
Tel: 1(888) 256-6692 ext. 777
Fax: 1(888) 352-1570
Web: www.CommonLawOffice.com

P. Michele Ellison,
General Counsel
Federal Communications Commission
45 L Street NE
Washington, DC 20554
Tel: (202) 418-1700
Fax: (202) 418-2822

## LEGAL NOTICE OF VIOLATION OF ARTICLE I, SEC. 8 U.S. CONSTITUTION

*Re: Disinformation of U.S. Broadcasters, Platforms, and other Carriers Contrary to Public Interest, Convenience, and Necessity; Unconstitutional Discrimination against Biblical Hebrews and other Semitic Persons*

Counselor Ellison:

This Legal Notice is to inform the Federal Communications Commission (FCC) of gross violations of Article I, Section 8 of the United States Constitution, notwithstanding the Communications Act of 1934, as amended. Persons and entities operating under FCC license or approval have and presently are discriminatorily disseminating slanderous, false, injurious misinformation about Israelites and other Semitic persons—including but not limited to

*This Legal Communication is drafted and submitted on behalf of the Anti-Semitism Defense League™ (ADL), which forms part of the Nation of Israel. All Rights Reserved. The Nation of Israel is a hereditary Family comprised of the biological descendants of the Biblical Hebrews also known as "Israelites", around whom the Abrahamic religions of Christianity, Judaism, and Islam are centered. While Israelites are separate and distinct from Jews, we do not condone, support, or encourage any form of unprovoked hatred against Jews or other non-Semitic persons. Israel believes in universal respect for all of Humanity and encourage all peoples to actively work toward peace and inclusivity in a manner that simultaneously deters discrimination and hate. God is Love (1 John 4:18). Love wins. Nation of Israel: www.HarTsiyon.com*

Palestinians—contrary to the public interest, convenience, and necessity of the People of the United States. The perpetrators include station licensees, as well as other broadcast, telecommunication, wire communication, and radio communication persons and entities hosting and circulating pro-Jewish pro-Israeli disinformation, hereinafter "Judaic Propaganda". The present communication shall serve as formal legal demand for the immediate and complete cessation of the aforesaid illicit activity.

## FACTS AND LAW

The majority of "Black Americans" are Semites from the Biblical Tribe of Judah, unconstitutionally subjected to genocidal persecution by the U.S. Department of Justice and the Federal Bureau of Investigation operating thereunder; duly executed legal notice served on U.S. President Joseph R. Biden Monday, December 26, 2022. (See Attachment #1: *Proclamation of Peace*; **NATIONAL REGISTER DOC ID:** ME3-US1-12.26.2022).

The Jewish State of Israel is a *de facto* "provisional government" hostile toward the *de jure* Nation of Israel and its lawful Palestinian guests, making all Israelis *ipso facto* criminal trespassers in international law; duly executed legal notice served on United Nations Security Council President, Ruchira Kamboj and State of Israel Prime Minister Yair Lapid Saturday, December 17, 2022. (See Attachment #2: *Resolution on Right of Return*; **NATIONAL DOC ID:** ME2-IL972-12.18.2022).

Israelites from the Tribe of Judah (i.e. "the real Jews") form part of the consanguineous Nation of Israel and are being held captive in the United States of America republic in contravention of the U.S. Constitution and Laws, as well as in violation of international law; duly executed legal notice served on U.S. President Joseph R. Biden Thursday, December 15, 2022. See Attachment #3: *Notice of Nationhood*; **NATIONAL REGISTER DOC ID:** ME1-US1-12.16.2022).

Judaic Propaganda that contradicts the facts and law detailed in the three above-refenced Attachments is unconstitutional, discriminatory misinformation contrary to the public interest, convenience, and necessity of the People of the United States—which the FCC is without authority to authorize.

**ADL**
Anti-Semitism Defense League™
www.TheADL.org

*This Legal Communication is drafted and submitted on behalf of the Anti-Semitism Defense League™ (ADL), which forms part of the Nation of Israel. All Rights Reserved. The Nation of Israel is a hereditary Family comprised of the biological descendants of the Biblical Hebrews also known as "Israelites", around whom the Abrahamic religions of Christianity, Judaism, and Islam are centered. While Israelites are separate and distinct from Jews, we do not condone, support, or encourage any form of unprovoked hatred against Jews or other non-Semitic persons. Israel believes in universal respect for all of Humanity and encourage all peoples to actively work toward peace and inclusivity in a manner that simultaneously deters discrimination and hate. God is Love (1 John 4:18). Love wins. Nation of Israel: www.HarTsiyon.com*

9055513.1.47-103

8577841.1.14-73

LEGAL COMMUNICATION

*Filing & tracking information viewable online:* www.CommonLawOffice.com/Arbitrations-and-Disputes

Filing ID:
AD-FCC-10.10.2023A-C1

# BACKGROUND

The definitions of "common carrier" and "carriers" came from the Act of February 4, 1887 (Interstate Commerce Act), Public Law 49-41, 49 STAT 379. This Act created the Interstate Commerce Commission (ICC). It applied to *common carriers* and *carriers* "engaged in the transportation of passengers or property". The term "transportation" included "all instrumentalities of shipment or carriage"; and the Act primarily concerned itself with railroad and waterway traffic. It both recognized and established the following legal facts about *common carriers*:

- Common carriers are, by law, insurers against failure to perform their duties.[1]
- Obligations and liabilities of a common carrier exist absent contract.[2]
- There is a public interest in the property of common carriers.[3]
- Common carriers are always responsible for negligence.[4]

Subsequent to the ICA was the Radio Act of 1912, "An Act to Regulate Radio Communication," 37 Stat. 302 (Pub. Law 62-264) provided: "That a person, company, or corporation within the jurisdiction of the United States shall not use or operate any apparatus for radio communication as a means of commercial intercourse". It introduced certain radio intercourse to Federal regulation but was ostensibly superseded in 1927.

---

[1] "The duty of a common carrier is to transport and deliver safely. He is made, by law, an insurer against all failure to perform this duty, except such failure as may be caused by the public enemy, or by what is denominated the act of God." *Bank of Kentucky v. Adams Ex. Co.*, 93 U.S. 174, 181 (1876)

[2] "The obligations and liabilities of a common carrier are not dependent upon contract, though they may be modified and limited by contract; they are imposed by the law, from the public nature of his employment. 2. If a common carrier of passengers and of goods and merchandise have reasonable ground for refusing to receive and carry persons applying for passage, and their baggage and other property, he is bound to insist at the time upon such ground if desirous of avoiding responsibility. If not thus insisting he receives the passengers and their baggage and other property, his liability is the same as though no ground for refusal existed. 3. The liability of a common carrier of goods and merchandise attaches when the property passes, with his assent, into his possession, and is not affected by the carriage in which it is transported, or the fact that the carriage is loaded by the owner." *Hannibal Railroad v. Swift*, 79 U.S. 262 (1870)

[3] "When the owner of property devotes it to a use in which the public has an interest, he in effect grants to the public an interest in such use, and must to the extent of that interest, submit to be controlled by the public, for the common good, as long as he maintains the use. He may withdraw his grant by discontinuing the use." *Munn v. Illinois*, 94 U.S. 113 (1876)

[4] "A common carrier is always responsible for his negligence, no matter what his stipulations may be." *Express Company v. Caldwell*, 88 U.S. 264, 268 (1874)

**ADL**
Anti-Semitism Defense League™
www.TheADL.org

*This Legal Communication is drafted and submitted on behalf of the Anti-Semitism Defense League™ (ADL), which forms part of the Nation of Israel. All Rights Reserved. The Nation of Israel is a hereditary Family comprised of the biological descendants of the Biblical Hebrews also known as "Israelites", around whom the Abrahamic religions of Christianity, Judaism, and Islam are centered. While Israelites are separate and distinct from Jews, we do not condone, support, or encourage any form of unprovoked hatred against Jews or other non-Semitic persons. Israel believes in universal respect for all of Humanity and encourage all peoples to actively work toward peace and inclusivity in a manner that simultaneously deters discrimination and hate. God is Love (1 John 4:18). Love wins. Nation of Israel:* www.HarTsiyon.com

LEGAL COMMUNICATION
*Filing & tracking information viewable online:* www.CommonLawOffice.com/Arbitrations-and-Disputes

Filing ID:
AD-FCC-10.10.2023A-C1

The Radio Act of 1927, "An Act for the Regulation of Radio Communications, and for other Purposes," Pub. Law 632, 69th Congress, February 23, 1927, established the Federal Radio Commission, predecessor to the Federal Communications Commission in 1934. This Act was unconstitutional because, although it purportedly "intended to regulate all forms of interstate and foreign radio transmissions and communications within the United States, its Territories and possessions," it was constructively applied to intrastate and other means of non-commercial intercourse. *Minnesota v. Barber*, 136 U.S. 313 (1890) ("In whatever language a statute may be framed, its purpose must be determined by its natural and reasonable effect; and the presumption that it was enacted in good faith, for the purpose expressed in the title, cannot control the determination of the question whether it is, or is not, repugnant to the Constitution of the United States.")

The unconstitutional Act defined "radio communication" or "radio communications" in *Section 31* thereof to mean "any intelligence, message, signal, power, pictures, or communication of any nature transferred by electrical energy from one point to another without the aid of any wire connection the points from and at which the electrical energy is sent or received and any system by means of which such transfer of energy is effected. At *Section 39*, it alleges to have repealed the Radio Act of 1912.

Under this unconstitutional Act, stations had to show they were in the public interest, convenience, or necessity to receive a license, pursuant *Section 9* thereof: "The licensing authority, if public convenience, interest, or necessity will be served thereby, subject to the limitations of this Act, shall grant to any applicant therefore a station license provided for by this Act." Though definition was not given to "public interest, convenience, or necessity," the interests of the public are paramount to those of the station licensee. *KFKB Broadcasting Ass'n v. Federal Radio Commission*, 47 F.2d 670, 671 (D.C. Cir. 1931) ("While it is to be expected that a licensee of a radio broadcasting station will receive some remuneration for serving the public with radio programs, at the same time the interest of the listening public is paramount, and may not be subordinated to the interests of the station licensee."")

The power to impress property with a public use is an exercise of police power that Congress can only exercise in compliance with Article 1, Section 8. *Chicago Board of Trade v. Olsen*, 262 U.S. 1, 27 (1923) ("Congress may exercise such power only so far as it is included in the other powers conferred on it by the Constitution. ")

**ADL**
Anti-Semitism Defense League™
www.theADL.org

*This Legal Communication is drafted and submitted on behalf of the Anti-Semitism Defense League™ (ADL), which forms part of the Nation of Israel. All Rights Reserved. The Nation of Israel is a hereditary Family comprised of the biological descendants of the Biblical Hebrews also known as "Israelites", around whom the Abrahamic religions of Christianity, Judaism, and Islam are centered. While Israelites are separate and distinct from Jews, we do not condone, support, or encourage any form of unprovoked hatred against Jews or other non-Semitic persons. Israel believes in universal respect for all of Humanity and encourage all peoples to actively work toward peace and inclusivity in a manner that simultaneously deters discrimination and hate. God is Love (1 John 4:18). Love wins. Nation of Israel: www.HarTsiyon.com*

## FCC OVERSIGHT LIABILITY

The avowed aim of the Communications Act of 1934 was to secure the maximum benefits of radio to all the people of the United States, wherefor Congress endowed the Communications Commission with comprehensive powers. *Nat. Broadcasting Co. v. U.S.*, 319 U.S. 190, 217 (1943) ("Since the very inception of federal regulation by radio, comparative considerations as to the services to be rendered have governed the application of the standard of "public interest, convenience, or necessity."")

Broadcasters in interstate commerce are prohibited from disseminating content that is a collision of personal interests, including but not limited to that which is slanderous, sexually immoral, or inspires civic discord, etc.[5] *Hamilton County Tel. Co. v. Northwestern Bell Tel. Co.*, 180 Neb. 1, 3-4 (Neb. 1966) ("The principle is now well established that radio communication, including broadcasting, is essentially interstate communication. As the Supreme Court said in Federal Radio Commission v. Nelson Bros. Bond Mortgage Co., 289 U.S. 266, 77 L. ed. 1166: `No state lines divide the radio waves, and national regulation is not only appropriate but essential to the efficient use of radio facilities.'")

A deciding factor in FCC regulation and licensing is the ability and willingness of stations to offer broadcasts that are of service to the community. *Commission v. Sanders Radio Station*, 309 U.S. 470, 475 (1940) ("An important element of public interest and convenience affecting the issue of a license is the ability of the licensee to render the best practicable service to the community reached by his broadcasts.") Licensees who fail to observe the public interest requirement are prohibited from broadcasting. *Federal Comm'n v. Broadcasting Co.*, 309 U.S. 134, 137-38 (1940) ("In granting or withholding permits for the construction of stations, and in granting, denying, modifying or revoking licenses for the operation of stations, "public convenience,

---

[5] "If it be considered that one in possession of a permit to broadcast in interstate commerce may, without let or hindrance from any source, use these facilities, reaching out, as they do, from one corner of the country to the other, to obstruct the administration of justice, offend the religious susceptibilities of thousands, inspire political distrust and civic discord, or offend youth and innocence by the free use of words suggestive of sexual immorality, and be answerable for slander only at the instance of the one offended, then this great science, instead of a boon, will become a scourge, and the nation a theater for the display of individual passions and the collision of personal interests. This is neither censorship nor previous restraint, nor is it a whittling away of the rights guaranteed by the First Amendment, or an impairment of their free exercise." *Trinity Methodist Ch., S. v. Fed. Radio Com'n*, 62 F.2d 850, 852-53 (D.C. Cir. 1932)

**ADL**
Anti-Semitism Defense League™
www.TheADL.org

*This Legal Communication is drafted and submitted on behalf of the Anti-Semitism Defense League™ (ADL), which forms part of the Nation of Israel. All Rights Reserved. The Nation of Israel is a hereditary Family comprised of the biological descendants of the Biblical Hebrews also known as "Israelites", around whom the Abrahamic religions of Christianity, Judaism, and Islam are centered. While Israelites are separate and distinct from Jews, we do not condone, support, or encourage any form of unprovoked hatred against Jews or other non-Semitic persons. Israel believes in universal respect for all of Humanity and encourage all peoples to actively work toward peace and inclusivity in a manner that simultaneously deters discrimination and hate. God is Love (1 John 4:18). Love wins. Nation of Israel: www.HarTsiyon.com*

interest, or necessity" was the touchstone for the exercise of the [Federal Communication] Commission's authority. ")

## LEGAL ACTION

Judaic Propaganda and all forms of disinformation that is slanderous, false, or otherwise injurious about/to Israelites and other Semitic persons—including but not limited to Palestinians—("Prohibited Content") must be immediately removed from all FCC-regulated medium, such as:

- Social Media Platforms
- Radio Communication Networks
- Television Broadcasters
- Internet-based News Outlets
- Internet Service Provider customer websites of every kind

The FCC is subject to legal action under Article I, Section 8; and its regulated medium are liable to be sued for every instance of Prohibited Content (47 USC 206) in any district court of the United States of competent jurisdiction (47 USC 207). Examples of Prohibited Content are:

- The Jewish people are not Caucasian Europeans of non-Semitic origin
- Anti-Jewishness is anti-Semitism
- To disagree with the Jewish rendition of the German Holocaust is "Holocaust Denial"
- Six million Jews were killed in the German Holocaust
- Jews are the Chosen People of God
- Jews are the Children of Israel
- Ashkenazi Jews are not biological descendants of Khazars
- "Jewishness" is not a religious identity as opposed to ethnic or racial
- The Jewish people are the Biblical Tribe of Judah
- The Jewish People have any legal rights to the Land of Israel
- Israelis are not criminal trespassers in the Holy Land under international law
- Israelites or Biblical Hebrews are "Black Hebrew Israelites" (BHIs)
- Israelites or Biblical Hebrews are violent extremists
- Palestinians are terrorists
- The Jewish State has a right to declare war in a Land that does not belong to them
- The Israelis can be victims of terror in a Land wherein they are criminal trespassers
- Israelis have not been illegally murdering and massacring Palestinians for 75 years
- The Jewish State of Israel is a legitimate, non-*de facto* "provisional government"

**ADL**
Anti-Semitism Defense League™
www.TheADL.org

*This Legal Communication is drafted and submitted on behalf of the Anti-Semitism Defense League™ (ADL), which forms part of the Nation of Israel. All Rights Reserved. The Nation of Israel is a hereditary Family comprised of the biological descendants of the Biblical Hebrews also known as "Israelites", around whom the Abrahamic religions of Christianity, Judaism, and Islam are centered. While Israelites are separate and distinct from Jews, we do not condone, support, or encourage any form of unprovoked hatred against Jews or other non-Semitic persons. Israel believes in universal respect for all of Humanity and encourage all peoples to actively work toward peace and inclusivity in a manner that simultaneously deters discrimination and hate. God is Love (1 John 4:18). Love wins. Nation of Israel: www.HarTsiyon.com*

**LEGAL COMMUNICATION**
*Filing & tracking information viewable online:* www.CommonLawOffice.com/Arbitrations-and-Disputes

Filing ID:
AD-FCC-10.10.2023A-C1

- The American People support the *de facto*, illegal Jewish State created in partnership with and supported by the United States (*de facto* federal government)
- The Anti-Defamation League is not a Judaic Propaganda organization

This Legal Notice will be made publicly available to allow the millions of persons adversely affected by the billions of occurrences of Prohibited Content across FCC-regulated medium to take necessary and appropriate legal action against owners, operators, licensees, and other carriers, ("Responsible Parties").

/s/

Tamah Jada Clark
The Common Law Office™
(On behalf of)
Anti-Semitism Defense League ™(ADL)
www.TheADL.org

ENCLOSURE(S) AND ATTACHMENTS:

- Attachment #1: *Proclamation of Peace*; **NATIONAL REGISTER DOC ID:** ME3-US1-12.26.2022
- Attachment #2: *Resolution on Right of Return*; **NATIONAL DOC ID:** ME2-IL972-12.18.2022
- Attachment #3: *Notice of Nationhood*; **NATIONAL REGISTER DOC ID:** ME1-US1-12.16.2022

CC:

NBC c/o Thomas J. Reid,
Chief Legal officer & Secretary
Comcast Corporation
1701 JFK Boulevard
Philadelphia, PA 19103

**ADL** Anti-Semitism Defense League™ www.TheADL.org

*This Legal Communication is drafted and submitted on behalf of the Anti-Semitism Defense League™ (ADL), which forms part of the Nation of Israel. All Rights Reserved. The Nation of Israel is a hereditary Family comprised of the biological descendants of the Biblical Hebrews also known as "Israelites", around whom the Abrahamic religions of Christianity, Judaism, and Islam are centered. While Israelites are separate and distinct from Jews, we do not condone, support, or encourage any form of unprovoked hatred against Jews or other non-Semitic persons. Israel believes in universal respect for all of Humanity and encourage all peoples to actively work toward peace and inclusivity in a manner that simultaneously deters discrimination and hate. God is Love (1 John 4:18). Love wins. Nation of Israel: www.HarTsiyon.com*

9054513.1.52-103

65778/1.1.18-73

**LEGAL COMMUNICATION**

*Filing & tracking information viewable online:* www.CommonLawOffice.com/Arbitrations-and-Disputes

Filing ID:
AD-FCC-10.10.2023A-C1

CBS c/o Legal Department
Paramount Global
1515 Broadway
New York, NY 10036

ABC c/o Attention Legal
The Walt Disney Company
500 South Buena Vista Street
Burbank, California 91521, USA

Fox c/o Viet D. Dinh, Chief Legal and Policy Officer
FOX Corporation
PO Box 505000
Louisville, KY 40233-5000
United States

The CW Television Network
c/o Nextstar Media Group, Inc. (Attn: Legal)
545 E John Carpenter Freeway
Suite 700
Irving, TX 75062

Jennifer G. Newstead, Chief Legal Officer
Meta
1 Meta Way
Menlo Park, CA 94025

X Corp.
c/o Trust & Safety - Legal Policy
1355 Market Street, Suite 900
San Francisco, CA 94103

TikTok Inc. ATTN: Legal
5800 Bristol Parkway, Suite 100
Culver City, CA 90230

Legal Support
YouTube (Google LLC)
901 Cherry Ave.
San Bruno, CA 94066

**ADL**
Anti-Semitism Defense League™
www.TheADL.org

*This Legal Communication is drafted and submitted on behalf of the Anti-Semitism Defense League™ (ADL), which forms part of the Nation of Israel. All Rights Reserved. The Nation of Israel is a hereditary Family comprised of the biological descendants of the Biblical Hebrews also known as "Israelites", around whom the Abrahamic religions of Christianity, Judaism, and Islam are centered. While Israelites are separate and distinct from Jews, we do not condone, support, or encourage any form of unprovoked hatred against Jews or other non-Semitic persons. Israel believes in universal respect for all of Humanity and encourage all peoples to actively work toward peace and inclusivity in a manner that simultaneously deters discrimination and hate. God is Love (1 John 4:18). Love wins. Nation of Israel: www.HarTsiyon.com*

**Ex. F: Over 1,000 Entities Have Adopted IHRA Redefinition of Anti-Semitism.**

LOG IN





**Israel**   **United States**   **Antisemitism**   **JNS TV**   **Wire**

UPDATE DESK

# Over 1,000 entities have adopted the IHRA definition of antisemitism

The Combat Antisemitism Movement figure includes 30 U.S. states.



Courtesy of the CAM Antisemitism Research Center.

Facebook       Twitter       WhatsApp       Email       Print

**(January 17, 2023 / JNS)** As of the new year, a total of 1,116 global entities have adopted the International Holocaust Remembrance Alliance's Working Definition of Antisemitism. According to the Combat Antisemitism Movement (CAM), this includes 18 U.S. states that adopted the IHRA definition via legislative or executive actions in the course of 2022, bringing the total number to 30.

American cities such as Los Angeles, Washington, D.C., El Paso and Wichita have all adopted the definition, as have seven out of the 10 Canadian provinces (including British Columbia, Manitoba, New Brunswick and Saskatchewan).

The IHRA Working Definition of Antisemitism was adopted in 2016 and has since become the most widely-recognized barometer in the collective effort against Jew-hatred, serving as an essential tool to identify and delineate contemporary manifestations of this age-old bigotry. A diverse array of international organizations, national and local governments and corporations are now using it.

"Support for the IHRA Working Definition of Antisemitism transcends the political and ideological spectrum and unites entities and individuals of a broad swath of religious, national and cultural backgrounds," said CEO of CAM Sacha Roytman-Dratwa. "The surpassing of the 1,000 milestone since a previous report compiled by the Combat Antisemitism Movement is a telling indicator of the far-reaching impact and influence of the definition and its accompanying 11 explanatory examples of prejudiced and discriminatory behavior against Jews.

"While the rise in antisemitic incidents has been alarming, the tidal wave of global support for the Jewish people is undeniable and greatly encouraging," Roytman-Dratwa said.

The growing list of entities adopting the Working Definition of Antisemitism includes:

The Philippines;

Colombia'

Bosnia and Herzegovina;

Vancouver, British Columbia;

Tuscany, Italy;

The City University of New York;

The University of Pittsburgh;

The Florida Democratic Party; and

Lufthansa Airlines.



**Countries That Have Adopted the IHRA Working Definition of Antisemitism**

## An old evil

"This significant phenomenon, which has gained momentum in recent years, pinpoints the Working Definition of Antisemitism as a major tool in the contemporary struggle against antisemitism," said Prof. Dina Porat, a CAM Advisory board member and the Alfred P. Slaner Chair for the Study of Contemporary Antisemitism and Racism at Tel Aviv University. "Its adoption by a host of varied entities reflects a wish to stand up against an old evil and newer ones, as part of a global effort to improve the international arena."

In December, CAM held a Mayors Summit Against Antisemitism in Athens, Greece, to foster a conversation among more than 50 municipal leaders from around the world, including New York City Mayor Eric Adams, on the most effective ways to deal with antisemitic bigotry and violence.

In a year that began with the hostage situation at a synagogue in Colleyville, Texas, and concluded with the Ye (formerly Kanye West) controversy, major North American cities are following in the footsteps of European capitals such as London, Paris, Berlin and Vienna in adopting the IHRA Working Definition.

The largest category for adoptions and endorsements in 2022 consisted of non-federal government entities, including municipalities, counties, and state and provincial governments, with 58 in total, including 32 in the U.S.

"Local authorities and law enforcement agencies under their jurisdiction have a crucial role to play in confronting antisemitism where it is most directly felt—on the streets of the communities where Jews live their day-to-day lives," Roytman-Dratwa noted.

The CEO of CAM went on to say that the business sector is an important area with "room for growth" in utilizing the IHRA Working Definition of Antisemitism.

"The fallout from scandals involving celebrities such as Kanye West and Kyrie Irving underscored why companies must have the means to properly identify and react to expressions of antisemitism," she said. "Both West and Irving lost lucrative endorsement deals with the likes of Adidas and Nike over their antisemitic rhetoric and behavior.

"Meanwhile, the ongoing explosion of online antisemitism, particularly on social media, highlights the need for major platforms to enact stricter

policies for the detection, monitoring and removal of hateful content, as well as the banning of purveyors of bigotry like West."

The Biden administration—which has said it "embraces" the IHRA Working Definition of Antisemitism—announced in December the creation of an inter-agency task force to develop a "national strategy to counter antisemitism."

CAM is a global coalition engaging more than 600 partner organizations and nearly two million people from a diverse array of religious, political and cultural backgrounds in the common mission of fighting antisemitism. CAM acts collaboratively to build a better future, free of bigotry, for Jews and all humanity.



## Israel is at war - Support JNS

**JNS is combating the barrage of misinformation with factual reporting. We depend on your support.**

**SUPPORT JNS**

Already a member? **Log in** to stop seeing this

Facebook          Twitter          WhatsApp          Email          Print

Republish this article in your newspaper or website

Topics  **IHRA    ANTISEMITISM    COMBAT ANTISEMITISM**

## Comments

**Join the conversation.**
**Register here to post your comment. Already have an account? Login here.**

8056513 1.86-103

1/28/24, 5:30 PM                    Background Information on Adoption of the IHRA Definition in Georgia | AJC



# Background Information on Adoption of the IHRA Definition in Georgia



## Why Do We Need to Address Antisemitism?

Antisemitism is at crisis levels and getting worse, including in Georgia. While Jews only comprise about 2% of the U.S. population, according to the FBI, they suffer approximately 60% of all religiously-motivated hate crimes. Antisemitism has been increasing every year. In 2022, antisemitic incidents increased by 63% in Georgia. And, since the October 7, 2023 Hamas terrorist attack on Israel, antisemitism has surged nearly 350% in the United States alone. The impact of this hate is real —78% of American Jews who heard anything about Hamas' attack feel less safe and 43% of them have actually changed their behavior out of fear.

Despite the demonstrable prevalence of antisemitic incidents, one-third of all Americans say they have never even heard the word antisemitism, or at the very least, do not know what it means. That means that many Georgians, including public officials, may not know what is considered antisemitic or not when an incident occurs.

*Read more:*

- AJC's State of Antisemitism in America Report
- 10 Tough Questions on Antisemitism Explained
- Understanding the Origins of Antisemitism

- Antisemitism in America is Becoming Like Europe

# Why Do We Need to Define Antisemitism?

**We cannot fight antisemitism if public officials cannot recognize and define it.** The bill is necessary because Jewish identity is multifaceted, incorporating aspects of religion, culture, national origin, and ethnicity. Without a standard definition, it is easy for antisemites to hide behind ambiguity, committing antisemitic acts, and then claiming it was not antisemitism because it was not based on a particular characteristic. Similarly, without a definition, public officials who are not familiar with antisemitism may not recognize an incident for what it is and therefore not adequately respond.

Additionally, having an officially-recognized definition can serve as a vital educational tool, particularly for the next generation. Approximately 38% of Americans aged 18-29 don't think Jews experience discrimination and a quarter don't believe that hate crimes against Jews are a serious problem. Shockingly, 46% of these young Americans don't believe denying the Holocaust is antisemitic and a one in five think it was a myth. This lack of awareness and knowledge only allows antisemitism to accelerate.

*Read more:*

- AJC's Translate Hate Glossary
- A Guide to Recognizing When Anti-Israel Actions Become Antisemitic
- 7 Ways Some Recent Anti-Israel Protests Have Spread Antisemitism
- Forms of Antisemitism
- Everything You Need to Know About Holocaust Denial & Distortion

# Why the IHRA Definition?

The International Holocaust Remembrance Alliance (IHRA) Definition of Antisemitism is the world consensus. It has already been adopted by over 1,100 separate governments, NGOs, and other key institutions. The IHRA Definition has been adopted and used by various departments of the federal government and both Republican and Democratic presidential administrations. It has already been adopted by 31 states and the District of Columbia, either through proclamation, executive order, or legislation. This specific definition also has broad support from almost every major American Jewish organization.

*Read more:*

- 5 Common Questions About the IHRA Definition of Antisemitism
- Adoption of the Definition in the U.S.
- Adopting of the Definition Internationally

# Why does H.B.30 only reference the IHRA Definition, and not include the full text in the bill itself?

H.B.30 references the IHRA Definition of Antisemitism from May 26, 2016 to ensure that the full, recognized definition is what is actually adopted and utilized. This reduces the likelihood that the definition will be improperly modified, which would alter its meaning and efficacy. Adopting the IHRA Definition by reference also protects its uniformity, guaranteeing Georgia is aligned with the U.S. government and other U.S. states, all of whom have similarly embraced the IHRA Definition by reference. Additionally, there is significant precedent for referencing a third-party definition in Georgia code. State law already refers to national associations and federal regulations for certain rules, all without problems.

# What adoption of the IHRA Definition through H.B.30 does:

Ensures proper assessment and response to criminal conduct and discriminatory incidents motivated by antisemitism.

- Helps to implement valid monitoring and enforcement.
- Supports officials in applying the state's existing laws protecting against unlawful conduct toward Jews, therefore strengthening Georgia's hate crimes law.
- Ensures that incidents of antisemitic hate and bias are addressed equally under the law compared to other types of hate and bias.
- Assists public institutions to stay in compliance with federal civil rights obligations.
- Symbolizes that antisemitism will not be tolerated or accepted in Georgia.

Valid monitoring, informed analysis, and effective policy-making all require uniform definitions. Georgia has a responsibility to protect their citizens from acts of hate and bigotry motivated by discriminatory animus—including antisemitism—and must be given the tools to do so. This bill reaffirms that hate has no place in our state.

# What adoption of the IHRA Definition through H.B.30 does NOT do:

Does not revise any existing anti-discrimination policies; it simply defines a term and ensures that existing laws will be consistently applied.

- Does not limit or chill freedom of speech or expression. With this bill, anyone can still say whatever they want, however hateful, about Jews or Israel. Antisemitic and anti-Israel speech would remain constitutionally protected.
  - The bill explicitly states, "Nothing contained in this bill is to be construed to diminish or infringe upon any right protected under the First Amendment to the United States Constitution."

- This definition would only be used when government agencies are responding to an incident that is already illegal (such as unlawful discrimination or acts of vandalism or assault). It simply assists officials in determining intent.

- Does not create any new protected class, enhance punishment, regulate, or restrict academic freedom. It merely provides guidance on how to apply existing laws.

- Does not provide any special treatment for Jews. This bill is not about establishing Jewish exceptionalism. It is about providing clarity to what is defined as antisemitism.

The importance of having a clear definition is not unique to antisemitism. Should other groups facing hateful bias find the need to implement a uniform definition to clarify what is and is not bias-motivated conduct, such concerns should be similarly addressed.

# Who Supports H.B.30?

H.B.30 is supported by a near-unanimous majority of the Georgia Jewish community and other communities who recognize the dangers of antisemitism. While the Jewish community is not a monolith and holds diverse opinions on many issues, few issues exist that the Jewish community agrees with more than the need to adopt IHRA. Here are just some of the local organizations supporting the bill, representing the vast majority of Jewish Georgians and members of the non-Jewish community:

- Adas Yeshurun Synagogue, Augusta
- Ahavath Achim Synagogue, Atlanta
- Alpha Epsilon Pi - Southeast Region
- American Jewish Committee (AJC) Atlanta
- Anti-Defamation League (ADL) Southeast
- Atlanta Area Initiative Against Antisemitism
- Atlanta Israel Coalition
- Atlanta Jewish Academy
- Atlanta Jewish Community Relations Council (JCRC)
- Atlanta Jews of Color Council
- Augusta Jewish Community Center
- Augusta Jewish Federation
- B'nai B'rith International - Atlanta Lodge
- Breman Jewish Heritage Museum, Atlanta
- Camp Ramah Darom, Clayton
- Chabad at Emory University

8055513.1.62-103

- Chabad Buckhead & Brookhaven
- Chabad Decatur
- Chabad Enrichment Center of Gwinnett
- Chabad Intown, Atlanta
- Chabad Israeli Center, Atlanta
- Chabad of Athens-UGA
- Chabad of Augusta
- Chabad of Cobb
- Chabad of Dunwoody
- Chabad of Hall County
- Chabad of North Fulton
- Chabad of Peachtree City
- Chabad of Rural Georgia
- Chabad of Savannah
- Chabad of Smyrna-Vinings
- Chabad of Toco Hills
- Christians United for Israel
- Congregation Agudath Achim, Savannah
- Congregation Anshi S'Fard, Atlanta
- Congregation Ariel, Dunwoody
- Congregation B'nai Torah, Sandy Springs
- Congregation Beth Israel, Cumming
- Congregation Beth Jacob, Atlanta
- Congregation Beth Shalom, Dunwoody
- Congregation Beth Tefillah, Sandy Springs
- Congregation Children of Israel, Athens
- Congregation Children of Israel, Augusta
- Congregation Dor Tamid, Johns Creek
- Congregation Etz Chaim, Marietta
- Congregation Gesher L'Torah, Alpharetta
- Congregation Mickve Israel, Savannah
- Congregation Ner Tamid, Marietta
- Congregation Ohr HaTorah, Atlanta
- Congregation Or Hadash, Sandy Springs
- Congregation Or VeShalom, Atlanta
- Congregation Sha'arey Israel, Macon
- Congregation Shaarei Shamayim, Atlanta
- Congregation Shearith Israel, Atlanta
- Emory Hillel, Atlanta
- Eternal Life-HemShech, Atlanta

- Georgia Tech Hillel, Atlanta
- Hadassah, Southeastern Region
- Hillel at Agnes Scott College, Decatur
- Hillel at Georgia College, Milledgeville
- Hillel at Georgia Southern University, Statesboro
- Hillel at Georgia State University, Atlanta
- Hillel at Kennesaw State University
- HinduACTion
- HiPAC: Hindus of Georgia PAC, Marietta
- In The City Camps, Atlanta
- Israeli-American Coalition for Action
- Israeli-American Council, Atlanta Region
- Jewish Educational Alliance, Savannah
- Jewish Educational Loan Fund (JELF), Atlanta
- Jewish Family & Career Services (JF&CS), Atlanta
- Jewish Federation of Greater Atlanta
- Jewish Fertility Foundation, Atlanta
- Jewish Home Life Communities, Atlanta
- Jewish Interest Free Loan of Atlanta
- Jewish Moms of Atlanta
- Jewish National Fund (JNF) Atlanta Region
- Jewish Student Union of Atlanta
- Jewish Women's Fund of Atlanta
- Kennesaw Chabad Jewish Center
- Kesher Torah Synagogue, Sandy Springs
- Marcus Jewish Community Center, Atlanta
- Mercer University Jewish Student Union, Macon
- National Black Empowerment Council
- National Council for Synagogue Youth Atlanta Chapter
- National Jewish Advocacy Center
- Nediv Lev, Atlanta
- Ner Hamizrach, Atlanta
- Neranenah Concert & Culture Series, Atlanta
- Netzach Israel, Atlanta
- New Toco Shul, Atlanta
- Oglethorpe Hillel, Brookhaven
- Orthodox Union - Atlanta Chapter
- Savannah Jewish Federation
- SCAD Hillel, Savannah
- Shearith Israel Synagogue, Atlanta

- Simon Wiesenthal Center Southern Region
- StandWithUs Southeast
- Students Supporting Israel
- Temple Beth Israel, Macon
- Temple Beth Tikvah, Roswell
- Temple Emanu-El, Sandy Springs
- Temple Kehillat Chaim, Roswell
- Temple Kol Emeth, Marietta
- Temple Sinai, Atlanta
- The Epstein School, Sandy Springs
- The Kehilla in Sandy Springs
- The Temple, Atlanta
- The Weber School, Sandy Springs
- Torah Day School of Atlanta
- Tzedek Georgia
- UGA Hillel, Athens
- Uttar Pradesh North America Association, Alpharetta
- World Jewish Congress
- Zachor Shoa

---

**SHARE THIS**   

**MORE REGIONAL NEWS**
AJC Atlanta

---

**SHARE THIS**   

BACK TO TOP   ▲

## MORE ANTISEMITISM NEWS

*Antisemitism Envoy Lipstadt Decries Holocaust Denial
and Current Attempts to Deny Hamas Atrocities*

8055513.1.65-103

**Ex. H: US Department of State Promotes Zionist Agenda Domestically**



An official website of the United States Government Here's how you know ⌄

◉ **Live Now:** Department Press Briefing

≡                    U.S. DEPARTMENT *of* STATE                    🔍

Home >  … > DSEAS Aaron Keyak's Keynote Address to the Ame…

★ ★ ★

# DSEAS Aaron Keyak's Keynote Address to the American Bar Association

**REMARKS**

**AARON KEYAK, DEPUTY SPECIAL ENVOY TO MONITOR AND COMBAT ANTISEMITISM OFFICE OF THE SPECIAL ENVOY TO MONITOR AND COMBAT ANTISEMITISM**

JANUARY 22, 2024

Thank you, Richard, and thank you to the American Bar Association for giving me a moment to share a few words and for hosting at this crucial time. And, nice to see you, Alyza. Especially during such times. It's always heartwarming to see so many friends from over the years engage in such important work....

As we all know the terrorist attacks on October 7th opened the floodgates of antisemitism. In parts of Europe and elsewhere, there were more antisemitic incidences following 10/07 Hamas attacks in Israel than in all of 2022. Worldwide we are witnessing a surge in antisemitic harassment and attacks on Jews that we haven't seen in decades. We read story after story about vandalism of Jewish sites and Jewish communities debating whether to take down their mezuzahs or put them on the inside of their door or cover their kippahs when in public. We also see people in the street marching against this latest spike in antisemitism and standing with the Jewish people. Just like we saw with some 300,000 folks on the Mall recently. We hear government officials calling out antisemitism and people condemning the Jew-hatred that is

on the rise, surging in social media. But there's still a lot of work to do as we all know. Antisemitism comes in many forms and lately we often see it manifest through some forms of criticism of Israel. Obviously, while criticism of the Israeli government's policies or actions are not inherently antisemitic, some statements and activities can cross over the line into antisemitism. For example, just to name one, holding Jews around the world responsible for the words and actions of the Israeli, or frankly any other government, is antisemitic. Targeting Jewish communities with hate, intimidation, or violence is not defending the rights of Palestinians or human rights more broadly it's antisemitism pure and simple. As Secretary Blinken and others have noted, antisemitism is also the canary in the coal mine. It is often a harbinger of hate and violence towards other groups and a threat to democratic values and national stability and world stability. Understanding how antisemitism manifests itself is crucial in fighting the cycle of hate.

That's why so many countries are embracing the International Holocaust Remembrance Alliance, or IHRA, working definition of antisemitism. The IHRA working definition, and its examples, help all levels of government, law enforcement, international organizations, media, public figures, civil society, interfaith groups, sports teams, and educators identify and call out antisemitic hatred and discrimination, report and investigate hate crimes, and promote tolerance. It's also critical that all governments take steps to ensure the safety and security of their Jewish population during this time of heightened tensions. We've seen many countries increase resources to safeguard Jewish communities and we continue to urge all governments to take the security of Jewish communities seriously and to use all resources at their disposal to ensure the safety and security of these communities. Including appropriate investigation, prosecution, and punishment for those who commit antisemitic hate crimes. Combating antisemitism requires a whole-of-government approach, and a whole-of-society approach. More than ever, we must look at our roles and understand how we can use our positions to fight this pernicious hatred. I'm thankful that you are taking the time to engage with me now to do just this. And I'd like to understand how you too can be how we together can be, part of the greater solution.

As we commemorate International Holocaust Remembrance Day next week in honor of the memory of the 6 million Jewish victims, we must redouble our efforts to combat antisemitism and other forms of hate. The lessons of the Holocaust teach us that hatred, if left unchecked, leads to ever widening horrors spreading destruction on entire communities and threatening national and international security. Together, we can ensure that the voices of the past are never silenced and that all people are able to lead a life in dignity and safety unmarred by hate. We're,

of course, seriously concerned by the robust uptick in antisemitism globally. Just before I conclude my remarks, let me please touch on a particularly deeply troubling development over the last few months.

I have particular concern that since the October 7th Hamas attacks, there's been an increase in the People's Republic of China's state media and online discourse of antisemitic tropes that Jews control the United States through deep U.S.-Israel ties, as well as control over banks, the media, and that they have influence over government leaders. For example, in an October 2023 program on "uncovering the Israel elements of U.S. elections in history", PRC state media (China's central television) alleged that "Jews who represent 3% of the U.S. population control 70% of its wealth." Conjecture that Jews control the U.S. government and U.S. wealth is an antisemitic falsehood intended to degrade trust in the United States, our democratic institutions, and ultimately democracy around the globe. We emphasize there is no place for hatred of Jews, Muslims, Christians, Arabs, Palestinians, Israelis, or any group. Neither antisemitism or other forms of hate promote peace or rights of any particular group. We will continue our efforts to engage with governments and civil society in the Middle East, North Africa, and other Muslim-majority countries to address antisemitism, build interfaith understanding, and dealing with the conflict in the Middle East from other efforts to increase understanding and acceptance between Muslims, Christians, and Jews.

Thank you, Richard. I really appreciate the platform.

---

TAGS

Antisemitism    Office of the Special Envoy To Monitor and Combat Antisemitism

Religious Freedom

---

9055513 1.68-103

1/28/24, 7:02 PM                    Embrace IHRA antisemitism definition, 160 Jewish groups tell UN - JNS.org

**Ex. I: Jewish Groups Tell UN Embrace IHRA Definition of Anti-Semitism**

LOG IN

# jns
## JEWISH NEWS SYNDICATE



**Israel**    **United States**    **Antisemitism**    **JNS TV**    **Wire**

UPDATE DESK

# Embrace IHRA antisemitism definition, 160 Jewish groups tell UN

"International efforts to fight antisemitism can only succeed if reflecting the actual realities faced by Jews today," B'nai B'rith CEO Daniel S. Mariaschin.

## DAVID SWINDLE



Defining anti-Semitism. Credit: Lobroart/Shutterstock.

Facebook          Twitter          WhatsApp          Email          Print

**(May 18, 2023 / JNS)**  A group of 160 Jewish organizations from 66 countries are urging the United Nations to adopt the International Holocaust Remembrance Alliance (IHRA)'s working definition of antisemitism.

"While we are always seeking allies in the fight against antisemitism, it is important for Jewish communities and specialists in antisemitism—those who best know it, and have directly observed and experienced its manifestations—to guide the global response to hatred of Jews," Daniel S. Mariaschin, CEO of B'nai B'rith International, told JNS.

With the Anti-Defamation League, American Jewish Committee, Conference of Presidents of Major American Jewish Organizations, European Jewish Congress, Jewish Federations of North America and World Jewish Congress, B'nai B'rith is an organizer of the letter to the United Nations.

"International efforts to fight antisemitism can only succeed if reflecting the actual realities faced by Jews today," Mariaschin said. "These are encompassed in the IHRA working definition."

The signatories wrote in the letter that they have long recognized that understanding antisemitism is a prerequisite to combating it.

"Key to these efforts is employing a clear and comprehensive definition that explains the multiple forms antisemitism may take," wrote the 160 organizations. "It is our collective view that the non-legally binding IHRA working definition of antisemitism is an indispensable tool to understand and fight antisemitism."

In a press release, Ronald S. Lauder, president of the World Jewish Congress, stated that one cannot overemphasize the significance of the IHRA definition.

"It is the most widely adopted and accepted definition by governments, institutions and organizations around the world," he said. "It's essential to effectively combat antisemitism because it allows policymakers worldwide to identify and respond to all forms of Jew-hatred, including those that may be more subtle, but no less insidious."



## Israel is at war - Support JNS

**JNS is combating the barrage of misinformation with factual reporting. We depend on your support.**

**SUPPORT JNS**

Already a member? **Log in** to stop seeing this



**JEWISHINSIDER**    **Ex. J: IHRA Defined Anti-Semitism to Take Center Stage at World Economic Forum**

Q & A

# At Davos, conversations about antisemitism take center stage

*A panel at the World Economic Forum on Thursday will focus on the rise in global antisemitism*



MICHAEL BROCHSTEIN/SOPA IMAGES/LIGHTROCKET VIA GETTY IMAGES

*ADL CEO Jonathan Greenblatt speaking at the Anti-Defamation League National Leadership Summit in Washington, D.C.*

By <u>Melissa Weiss</u>   ·   January 18, 2024

SHARE   

Why is this World Economic Forum different from all other World Economic Forums?

For Jewish and Israeli leaders attending the annual conference in Davos, Switzerland, the answer could not be clearer: Conference organizers have scaled up efforts to include conversations about antisemitism and Israel at the weeklong gathering.

Earlier this week, an Israeli delegation held a screening of footage of the Oct. 7 terror attacks. Last night, Palantir CEO Alex Karp hosted an event with family members of hostages as well as some of the released hostages. On Thursday afternoon, a panel of Jewish and Israeli thought leaders will take the main stage at Davos — for the first time in the World Economic Forum's history — to discuss the rise of global antisemitism and the varied responses to it.

Speakers include Second Gentleman Doug Emhoff, Israeli First Lady Michal Herzog, Anti-Defamation League CEO Jonathan Greenblatt and Abrahamic Family House Special Interfaith Adviser David Rosen. Author and professor Timothy Snyder will moderate the session.

In between events, Greenblatt chatted with *Jewish Insider*'s Melissa Weiss about the atmosphere at Davos.

*The following interview has been edited for clarity.*

**Jewish Insider:** Jonathan, you're in Davos. What is the atmosphere this year?

**Jonathan Greenblatt:** Davos has been, as always, quite interesting. There are a few things. The theme this year is "Building Trust," which is an admirable thing. But I think the prevailing theme, I would say, is uncertainty. Uncertainty about the Middle East, uncertainty about Ukraine and Europe, uncertainty about the U.S. with the elections around the corner. So I think the thing that I'm

hearing the most from people is uncertainty. So "Building Trust" is a good theme and all, don't get me wrong. I think people are nervous about the state of the world, and just unsure how things are going to turn out on a couple fronts.

**JI:** That feels pretty understandable.

**JG:** There's also the China thing I didn't mention — uncertainty about the U.S. relationship with China, and where that's headed, some concern that that might go in the wrong direction.

**JI:** Yes, I was watching the Blinken interview when it came up. I was wondering kind of how much that's playing into the sidelines conversations, versus, the big-picture things that we all read in the news.

**JG:** I think it's playing in a lot. I think this is the dominant theme that I'm hearing about. So some years, it's been, I would say more optimistic. This year, it's a lot of anxiety. Uncertainty is really the word — uncertainty. There are other themes here. I don't know how familiar you are with this place. Have you been here before?

**JI:** I have not been there before.

**JG:** It's a ski town. It's a little bit like Sundance, have you ever been to Sundance?

**JI:** You know, I don't get out very much, Jonathan.

**JG:** Well, the street, it's got all these little shops and restaurants on it, and they're all taken over by the various companies and organizations that are sponsoring Davos. There's a lot of big tech. Big tech is everywhere. Every other house is 'something dot AI.' Everything is AI. And the Gulf countries have a big presence. There's several different Saudi houses. There is an Emirati house.

**JI:** You are participating in a session tomorrow that's dedicated to antisemitism. I can't ever remember there being a session dedicated to antisemitism in the past. How did this come about? And what's the hope for holding one this year? It's very high level — you, Second Gentleman Doug Emhoff, Israeli First Lady Michal Herzog.

**JG:** That's right. And Tim Snyder, who has written so much about authoritarianism genocide. He wrote that important book, *Black Earth*. He's a very important historian of contemporary Europe, and he's moderating it. If you follow Davos, you know there are different kinds of programs here. So there may be programs that are off-site, or unofficial, like a panel at the Google pavilion or something. And then there are breakouts where you have all these breakout rooms with lots of content. And then there's the main stage. Not only is this, to the best of my knowledge, the first time they've ever done anything on antisemitism, it's literally happening on the main stage. So that is a steep increase over where we were before and how they've treated the issue. But I think the reason why is because it is on the minds of so many of the participants. People are trying to make sense of this moment. And in many ways, that's what Davos is about, trying to make sense of the moment. Whether the moment is about the things we were discussing a few minutes ago: the geopolitical shocks, climate change, technological progress. And this issue of hate, but specifically antisemitism, is on the minds of a lot of people. We're trying to make sense of this explosion of anti-Jewish intolerance in America and around the world.

**JI:** Have you had any conversations with [WEF founder] Klaus Schwab about the inclusion of conversations on antisemitism?

**JG:** I have had conversations with Klaus this year about including it as a topic. I'm really glad that he made that decision.

**JI:** Like we said, these are very high-level speakers who are coming to talk about that. To me, that underscores the degree to which they're taking it very seriously at the World Economic Forum.

**JG:** You're right. The high-level speakers, putting it on the main stage — those are indications of the level of priority that they are giving this. I think, for Klaus and the organization, which haven't tackled this before, if there was the time to do so, this is the time. But I will certainly tell you in my conversations with different attendees, and I've been coming for a few years, I have heard many people come up to me and say, 'What is going on in the United States?' or Americans saying, 'What happened with those university presidents? What's going on on these college campuses? What is going on in the media?' I've had a number of conversations just like that.

**JI:** It's fascinating to me that the questions you get are about what's going on in America and no longer what's going on in Israel because I feel like for the first couple of months [of the war], that's

all anyone wanted to ask about. But it really seems as though the more immediate concerns and worries are now happening stateside.

**JG:** Well, I do think a number of people have approached me to talk about the Israel-Hamas war as well. People have asked questions about, you know, 'What are you hearing? What do you think of Israel's approach? Are you concerned about what the day after will look like?' I'm hearing a lot of that, too. But definitely antisemitism is simply front and center. Look, in prior years, Israel is always on the agenda. I've seen prime ministers and presidents here. I've seen other members of the Israeli diplomatic and business elite here at Davos. But the conversations were, if I could use the term, somewhat Abrahamic before. As in how's it going with UAE, and where are we going with Saudi? But now it's much more focused on: 'What's the state of the war? How will it be resolved, what is the day after going to look like?'

**JI:** You attended the screening of the footage of the Oct. 7 terror attacks last night, right?

**JG:** I did.

**JI:** I'm curious what the reaction was to the film last night.

**JG:** So pretty much everyone walked out of the room either crying or just shell-shocked and silent. Nobody spoke as they filed out of the room. I think people were just overwhelmed, and just stunned. I mean, you've seen it so we don't have to elaborate on it, but it is so graphic and it is so terrible.

Eyal Waldman [whose daughter was killed at the Nova festival], he kind of introduced it, and kept his composure, talked about his daughter. And we talked a lot about the litany, the chain of events, really the litany of mistakes and misses. And it was hard to hear. And so you heard that and then we saw the footage. I think what really gripped people was the level of celebration, the celebratory nature of these Hamas terrorists while they cut off heads, while they shot children, while they stepped on corpses, while they mutilated bodies. The 'Allahu Akbar' and the other chants, the audio recordings of them calling back to Gaza in a jubilant, sort of gleeful way. That hit all of us very hard. By the way, these are a group of very high-level people in the room.

**JI:** Last week, we covered the ADL report that came out that found a significant uptick in antisemitic incidents. But in a change this year, you folks also started counting demonstrations for

9055513.1.78-103

the first time and so I'm curious what drove that change.

**JG:** We've looked at this issue for years and years and years. And sometimes a slogan or a phrase may appear in a certain context, in a certain setting, maybe used in a certain way which is benign, but chanting in front of a Hillel 'From the river to the sea,' which is a Hamas slogan, is intended for one purpose and one purpose only: to intimidate Jewish people, to terrorize people inside that Hillel. So, you know, again, you can talk about 'Free Gaza' in certain contexts, and certain scenarios and certain settings, and it's not a problem. But vandalizing a business owned by a Jewish person with the words 'Free Gaza' is intended for one purpose — to terrorize Jews. So again, there can be the use of the term 'intifada' in a certain context or scenario or the setting where it was a description of the events that took place in the late '80s and the early 2000s. And it isn't an issue. However, when you chant, again, at Jewish students banging on the windows of a building in which they are sort of barricaded out of fear of physical violence and you chant 'Intifada, revolution is the only solution.' These are not benign. These are not expressions of some abstract idea. These are actions and we should call them actions. They are not statements. These are actions that are intended to terrorize Jews. And so that's why we call them out as we did, and that's why we will continue to call them out. ... There may be people who say, in a certain context, 'I wasn't trying to be racist.' We don't define racism necessarily by the intent of the person who made a comment, right? We define it by the felt impact of the people who hear that or read that or experience that. And so again, what we're talking about here is this indisputable impact that these words and actions have when they are weaponized, with the intent of intimidating and polarizing Jewish students.

**JI:** The ADL has been operating on college campuses for many years. But what we're seeing now is unprecedented. Between the resignations of President Liz Magill at UPenn and President Claudine Gay at Harvard, do you think we've crested and the worst has passed? What are the challenges that really lie ahead?

**JG:** The resignations of these presidents and the statements by the universities, these are just moments in time. We're going to judge these institutions based on not what they say but what they do. And so whether it's how they update and expand their DEI programming, whether it's how they apply consequences to student organizations like Jewish Voice for Peace or Students for Justice in Palestine, that seriously violate their codes of conduct and target and intimidate and threaten Jewish students, whether it's ensuring that those Jewish kids or Israeli kids don't experience

discrimination. There's some deterrence created by applying consequences when that happens. So we will judge these institutions based on, again, what they do, not what they say.

**JI:** I'm glad you brought up the DEI programming, because one thing that we're seeing now in the wake of October 7, is this push by the organized Jewish community to not necessarily get rid of DEI but to reform it. And that was an interesting choice, because it feels like the community has really railed against DEI, but has made the decision that rather than burn the whole thing down, to try to reform it from the inside. You think that there's a chance of being successful?

**JG:** I think the question is, how do we move through the scenario and ensure that there are environments created where Jewish people, and Israelis as well, are treated fairly, where their issues are well understood. And that the people who again, use intolerance or you know, use hate to discriminate and intimidate them are dealt with accordingly. And so, DEI is here, and, you know, at ADL we believe that diversity education is really important. We live in the most heterodox, multicultural society in the world. Understanding your peers, your colleagues, your employees — understanding them, knowing their histories, ensuring that you can approach the issues from a more informed perspective, I think that makes you a better peer or a better manager or a better leader. You are able to demonstrate empathy. But if DEI perpetuates not diversity, equity, inclusion, but the exclusion of Jews and Israelis, we have a problem. So my hope would be that we will see the change that will ensure that Jewish people are going to be treated it with decency that are treated fairly and that are treated in the same manner as all others.

# Quick Hits



**CHANGES IN ATTITUDE**
**J Street rescinds endorsement of Jamaal Bowman over anti-Israel rhetoric**



**PRESSURE CAMPAIGN**
**'Qatar is Hamas': Second rally outside embassy sends a blunter message**

9055613.1.78-103



Written by B'nai B'rith Director of European Affairs Alina Bricman, this expert analysis is part of the report "The Fragility of Freedom Online: Holocaust Denial and Distortion."

**Read the full report here.**

The Hamas massacre of Oct. 7 where over 1200 Israelis were brutally murdered in the deadliest attack in the country's history will undoubtedly remain a date of historical significance, collective anguish, mourning and remembrance both for Israelis and the Jewish diaspora for generations to come. Compounding its devastating impact has been an unprecedented wave of antisemitism, jubilation over Jewish suffering and rampant Holocaust distortion, trivialisation and glorification – both on and offline.

The latter phenomenon has taken a wide array of forms: Inversions of victims and perpetrators, banalisation of the Holocaust, praise for Hitler and the Nazi regime, weaponisation of the term "genocide", intentional efforts to obscure the scope of the Holocaust, accusations of Jewish complicity in their own mass murder, equivalences between Nazi Germany and the State of Israel, Nazism and Zionism, as well as the large-scale use of Nazi symbolism in public manifestations.

For the Jewish community itself, the atrocities of Oct. 7 instinctively evoked the memory of the Holocaust, triggering intergenerational traumas lingering within the Jewish psyche: the brutal murders, burnings, beheadings and rapes, purposefully disseminated online and accompanied by anti-Jewish genocidal discourse, constituted the largest antisemitic pogrom since World War II and

Holocaust Glorification, Distortion and Trivialization Following the Hamas Massacre of October 7 - B'nai B'rith International

amounted to the largest number of Jews killed in a single day since – a widely circulated observation in the immediate aftermath of the Hamas-perpetrated massacre. The subsequent spike in antisemitism around the world has further compounded the perception of current events posing an existential threat.

Holocaust distortion and antisemitism are not interchangeable. Nor are Holocaust education and education against antisemitism. However, in the post-Oct. 7 context, there is significant overlap within which Holocaust distortion can be understood as a subset of the surge in antisemitic manifestations experienced globally by the Jewish community.

This article conceptualises Holocaust distortion in accordance with internationally recognised standards, categorises expressions of Holocaust distortion most prominent since Oct. 7 and makes recommendations to better address the phenomenon in the current context.

**Conceptualising Holocaust distortion**

Holocaust denial and distortion are as old as the Holocaust itself. In the over 80 years that have elapsed, denial and distortion have manifested through a variety of historically- and geographically-dependent trends. As the Holocaust remained a taboo for multiple decades after the liberation of the Auschwitz concentration camp, Holocaust deniers, under the guise of quasi-scientific research, questioned the practical possibility of the sheer scale of the mass murder that had occurred. With time and a number of high-profile legal cases, such attempts were discredited and out-right denial became less common. However, Holocaust distortion persists to this day, and has become increasingly prevalent and often harder to identify. It encompasses a wide array of manifestations that include:

- Attempts to project guilt solely onto Germany and thus obscure national histories of collaboration;

- Portrayals of fascist dictatorships as primarily resistance forces against Communism;

- Equivalences between Nazism and Stalinism;

- Portrayals of fascist leaders as protectors of national honour, often coupled with efforts at historical and legal rehabilitation of collaborators;

- Obscuring collaboration of the Arab world and Iran in the Holocaust and of the wide-spread appeal of Nazi ideology in the Middle East;

- Engaging in competitions of victimhood meant to minimise the Holocaust in relation to other genocides;

- Allegations that Jews caused and benefitted from the Holocaust, primarily in bringing about the State of Israel

To address, classify and make the phenomenon actionable for instance by law enforcement authorities, in 2013, the International Holocaust Remembrance Alliance coined a Working Definition of Holocaust Denial and Distortion20

9605513 1_B0-103

which encompasses the examples above and may serve as a useful tool. It is used in this paper as a reference point. Three years later, in 2016, the organisation also formulated a Working Definition of Antisemitism, now adopted by more than 40 governments, that includes elements of Holocaust distortion that amount to anti-Jewish hatred:

- Denying the fact, scope, mechanisms (e.g. gas chambers) or intentionality of the genocide of the Jewish people at the hands of National Socialist Germany and its supporters and accomplices during World War II (the Holocaust).
- Accusing the Jews as a people, or Israel as a state, of inventing or exaggerating the Holocaust.
- Drawing comparisons of contemporary Israeli policy to that of the Nazis

**Typologies of Holocaust distortion since Oct. 7**

Holocaust distortion observed since Oct. 7 has taken some of the forms detailed above, but has also brought forward new narratives and points of focus, as will be detailed below. These new trends in Holocaust distortion, and particularly the forceful return of Holocaust glorification require both academic and legal focus. While the categorisation that follows is not exhaustive, it is an attempt to systematise the phenomenon in the current moment and draw attention to necessary steps to address it.

**Glorification of Hitler and the Holocaust**

The increase in volume of antisemitic content online since Oct. 7 has been documented in detail, including by the Anti-Defamation League, which has recorded a 919 percent increase in antisemitic content on X (formerly Twitter) and a 28 percent increase on Facebook in the month since Oct. 7.

In no instance has this surge come across more clearly than in the circulation of the trending hashtag #HitlerWasRight – which was used in over 46 000 posts in the month following the Hamas attack (a 820 percent increase compared to the prior month), often in conjunction with calls to violence against Jews: the hashtags #DeathtotheJews and #DeathtoJews appeared over 51 000 times in the same timeframe, according to digital investigations by Memetica.

The slogan gained traction outside of the virtual space as well: "Hitler was Right!" was painted for instance on a public school in Barcelona, Spain, known to have a number of Jewish and Israeli pupils. Calls to finish what the Nazi leader started or otherwise endorsing violence against Jews inspired or closely associated with the Nazis, have been pervasive. In a widely circulated video, a large mass of demonstrators in front of the Sydney Opera house appear to be chanting "Gas the Jews!". The slogan "Hamas, Hamas, Jews to the Gas!" has been daubed on stickers found in Harleem, Netherlands. A metro station in Oslo, Norway, was tagged with a large graffiti reading "Hitler started it. We finished it."

Pro-Palestinian supporters have noted similar messages on camera. This was the case of a teenage demonstrator in Hamburg, Germany saying "I want Adolf Hitler back, that's my opinion. I'm for Hitler, for gassing the Jews." A group of teenagers on the Paris metro chanted "[...]we are Nazis and proud."

**Use of Nazi symbolism, language of eugenics, and Nazi-inspired vandalism**

Part of Holocaust glorification is the use of Nazi symbolism, and especially the swastika, as a form of intimidation, or to tacitly imply support for the fascist antisemitic ideology. Swastikas have featured on posters at demonstrations and have been spray-painted on various Jewish institutions and even cemeteries. This was the case in Kraineem, Belgium, where Jewish gravestones were desecrated and in Vienna, Austria, where the walls of the cemetery were tagged. The use of swastikas has been widespread beyond the tagging of Jewish institutions, with perpetrators tagging public buildings with the symbol, accompanied by explicit anti-Jewish violent language.

Beyond the use of the swastika, other forms of Nazi-inspired vandalism have also featured prominently since Oct. 7: The tagging of buildings with Jewish residents, as was the case in Paris, and Berlin, with Stars of David; the defacement of Jewish-owned stores (such as kosher restaurants in Villeurbanne, France or in Toronto, Canada); signs on certain establishments saying "Jews not allowed", as featured at a bookstore in Istanbul and a store in Paris, and the calls to boycott Jewish businesses are such examples.

Eugenicist language has also been pervasive, notably through a widely circulated slogan "Keep the world clean" alongside a drawing of a Star of David (potentially intended as an Israeli flag) being thrown in a trash bin. The idea of keeping the world clean from Jews is a cornerstone of the Nazi ideology of racial hygiene. These drawings and slogans have featured in multiple demonstrations – including in Warsaw and in New York. Variations of such language have included depictions of Jews, Israel or Zionism as "cancers" or "diseases". While the proponents of such signs or graffiti may not identify themselves with Nazi ideology, their use of its symbolism and language nevertheless serves to reference and distort the Holocaust.

**Holocaust distortion through inversions of victim and perpetrator**

Beyond Holocaust glorification, Nazi symbols have been instrumentalised in a variety of forms of Holocaust distortion. The portrayal of Jews as perpetrators of a Holocaust and the false equivalence between the Holocaust and the Israeli-Palestinian conflict is a particularly pernicious form of the phenomenon. In it, Jews or Israelis are depicted as the new Nazis, Zionism as a form of Nazism, and Israel's offensive in Gaza as being the same or worse as Nazi genocide against the Jews. Most commonly, the inversion is depicted by equating a Star of David and a swastika – a visualisation prevalent since Oct 7. For instance, the tag was spray-painted on the front door of the Jewish Community Centre in Ljubljana, Slovenia, the Israeli embassy in Bogota, Colombia, an e-bike stop in London or a private Jewish home in Volos, Greece.

In an incendiary and widely criticised intervention, Colombian President Gustavo Petro compared Israeli government comments to those made by Nazis, and Gaza to the Auschwitz concentration camp. In a similar vein, Spanish MEP Manuel Pineda has accused Israel of committing a "Holocaust" against the Palestinian people – an accusation levied with softer language by other Spanish officials, including Social Rights Minister Ione Belarra. Such language has become standard messaging in pro-Palestinian demonstrations, legitimising and fuelling this particular form of Holocaust distortion.

**Efforts to diminish and relativise the Holocaust**

The insinuation that Jews instrumentalise or abuse the memory of the Holocaust to advance their own goals is a form of Holocaust distortion dating back to the immediate post-Holocaust period. Accusations that the Jews caused the Holocaust in order to bring about conditions for the establishment of a Jewish State, or that they use the Holocaust to engender international sympathy are common forms of distortion, that live at the clear and established intersection with antisemitism, as described by both the IHRA working definition of Holocaust denial and distortion and its working definition of antisemitism.

The slogans circulated in Austria and Germany – "Free Palestine from German guilt" and "Free Palestine from Austrian guilt" can be understood within this wider context. They do not merely suggest that German and Austrian support for Israel are a sole consequence of the two countries' historic responsibility over the Holocaust, but also that such responsibility, or "guilt" is unwarranted. The suggestion is both that historic responsibility should not inform foreign policy decisions towards Israel and Gaza, and that the question of historic responsibility is altogether either inflated or passé.

Distorted reflections on German and more broadly European responsibility over the Holocaust have also made their way into discussions about the current spike in antisemitism. A 30-minute-long segment, "European Jews and Muslims on edge as racism rises in Europe" aired early November on Euronews, a platform that deems itself "Europe's leading international news channel, providing global, multilingual news with a European perspective to over 400 million homes in 160 countries." There, the mythology that "antisemitism has its roots in Europe, not in the Middle East" as "it comes from white supremacy", was left unchecked along with numerous other false, incomplete or misleading claims.

Indeed, the history of oppression of Jews in the Arab world and Iran, as well as the history of Nazi collaboration in the region have found little space in a conversation dominated by the types of Holocaust distortion previously described.

**Why the surge in Holocaust distortion?**

In his 2015 "The definition of anti-Semitism", Kenneth Marcus laments the erosion of the "post-Holocaust taboo against anti-Semitism". A dizzying browse through incident lists occurring since Oct. 7 reveals an even more

9055513 1.83-103

troubling conclusion: the erosion of the post-Holocaust taboo of the Holocaust itself.

While instances of Holocaust glorification have been comparatively easy to call out and chastise as antithetical to democratic norms and values, the same cannot be said of Holocaust distortion and relativization.

When a comparison is made between Israel and Nazi Germany it is usually not for lack of a more accurate analogy. For any critics of Israeli policy, the entire body of international law exists to offer terminology necessary to engage in debate. So too do endless numbers of other conflicts in recent world history, many obviously more similar by any measure. Rather, Holocaust comparisons carry harmful outcomes: the rhetorical weaponisation of the most painful episode of Jewish history against Jews and Israel and – by minimising its historical significance, to banalise and erase it.

In calmer times, academics in the field of antisemitism have been pressed by detractors to defend the IHRA's working definitions. Today, as demonstrators are burning Israeli flags in front of synagogues and tagging Jewish daycare centres with slogans equating the Star of David with the swastika, the quests to neatly prop up the incidents against the definitions seem almost comical: of course, what we are witnessing is antisemitism. In this new, taboo-free antisemitism era, the memory of the Holocaust is at play.

**Conclusions and recommendations**

The typologies of Holocaust glorification, distortion and trivialisation documented in this article are by no means exhaustive, nor are the instances provided to exemplify them. To our knowledge, such literature – documenting and systematising instances of post-Oct. 7 Holocaust distortion is yet to emerge, but the current article aims to serve as a small attempt at such an endeavour.

Monitoring bodies tasked with recording incidents of antisemitism have been inundated since the Hamas attack and subsequent surge in anti-Jewish sentiment. While descriptions of individual incidents abound, as do overall numbers on percentage growth in antisemitism, disaggregated data on Holocaust distortion incidents is still missing.

The specific recording of such data should be prioritised and is particularly important in the context of Holocaust denial and distortion legislation. Where such legislation exists, it must be responsive to the actual scope of the phenomenon. Yet, what emerges in the post-Oct. 7 reality is the need to revisit our understanding of Holocaust distortion, to account for new narratives shaped by current political circumstances.

This can mean simply the supplementation of existing definitions with new examples and the popularisation of such amendments among law-makers, educators, law enforcement officials and other relevant parties.

Additionally, more focus among police and prosecutors should be placed to address the phenomenon and ensure that instances of denial and distortion

are in fact sanctioned where appropriate– whether they occur offline or online.

Moving forward, online platforms must devote more resources to better detect denial and distortion (including through appropriate training of moderators and the buildout of identification software) and remove such content in accordance with the law and their own terms of service.

Finally, faced with levels of antisemitism and Holocaust denial and distortion– unseen in the decades since the Holocaust, it is clear that broad educational efforts are necessary, to teach about the Holocaust, and build resilience against current forms of denial and distortion.



*Alina Bricman is the Director of EU Affairs at B'nai B'rith International. She formerly served as president of the European Union of Jewish Students (EUJS) from 2017 to 2019 and worked for the Representation of the European Commission in Romania and for the Median Research Centre, a Romanian civil society NGO focused on civil engagement and combating xenophobia.  She studied political science at the National School of Political and Administrative Studies in Bucharest and at the Central European University in Budapest.*

( Alina Bricman )   ( Holocaust )



**While Noting Court's Non-Issuance of Demand to Halt Israeli Defense Operations, B'nai B'rith Harbors Deep Concerns**

January 26, 2024



9055513.1_85-103

1/28/24, 7:44 PM                    What military aid the US is sending to Israel after Hamas attack? | Israel War on Gaza News | Al Jazeera

 Al Jazeera
See this story on our app          **Ex. L: What Military Aid "The US" sent to Aid Zionist Entity**          

 **ALJAZEERA**                                                  ● LIVE   ✕ 

**EXPLAINER**

News  |  Israel War on Gaza

## What military aid the US is sending to Israel after Hamas attack?

*Washington, which provides billions in military aid to Israel annually, sends military ships, aircraft after deadly attacks by Palestinian group.*



**Israel War on Gaza  >**   Live updates   How Gaza's doctors persevere   Photos: Fleeing Khan Younis   Voices of the West Bank   How Israel co >



03:09

9 Oct 2023

     |  🔖

Hours after the deadly Hamas attack inside Israel, US President Joe Biden promised 'rock-solid and unwavering' support to its closest ally in the Middle East.

Washington, which provides about $3bn in annual military aid to Israel, has ordered the movement of military ships and aircraft closer to Israel as a show of support following Saturday's attack by the Palestinian armed group.

KEEP READING

• **US's Schumer expresses 'disappointment' at Beijing's Israel-Gaza response**

• Israel-Hamas conflict: Where it stands on day 3 after surprise attack



You rely on Al Jazeera for truth and transparency
We use cookies and other tracking technologies to deliver and personalize content and ads, enable features, measure site performance, and enable social media sharing. You can choose to customize your preferences. **Learn more about our Cookie Policy.**

   Allow all      Cookie preferences

US Secretary of State Antony Blinken called the Hamas attack a "massive terrorist attack" in an interview with ABC News on Sunday. "We have immediately engaged our Israeli partners and allies. President [Joe] Biden was on the phone with Prime Minister [Benjamin] Netanyahu early yesterday to assure him of our full support," he added.

Here's the US military support for Israel:

## Navy ships

- The USS Gerald R Ford Carrier Strike Group will be moved to the Eastern Mediterranean alongside its accompanying warships.

- The USS Ford is the US Navy's most advanced aircraft carrier, alongside being one of the largest in the world. The carrier hosts a guided missile cruiser and four guided missile destroyers

- The US is additionally sending USS Normandy, a guided missile cruiser armed with naval guns, and destroyers USS Thomas Hudner, USS Ramage, USS Carney and USS Roosevelt.

- Austin said that the US is augmenting Air Force F-35, the most advanced fighter jet in the world, along with the F-15, F-16, and A-10 fighter aircraft squadrons in the region.

- "I do not understand in strategic military terms why the US would send aircraft carriers – with some 5,000 sailors on it – and the most sophisticated aircraft in the world when Israel is more than capable of dealing with Hamas in the Gaza Strip," said Al Jazeera's senior political analyst, Marwan Bishara. Bishara called the US decision to move the Ford Carrier a major escalation.

## Munitions

- US Defense Secretary Lloyd Austin said on Sunday the US would provide munitions to Israel.

- "We don't know exactly what kind of munitions, but it is suspected that Israel has requested both interceptors and precision-guided munitions," said Al Jazeera's John Hendren, reporting from Washington, DC. Hendren said that the interceptors are for Israel's Iron Dome defence system. Those are the devices that strike the Hamas rockets and in some cases cause them to harmlessly explode in the air rather than land.

- The Al Jazeera correspondent said that $2bn worth of US munitions have been pre-supplied in six different locations in Israel that can be used in case of emergencies.

## How much military aid does the US give Israel?

- Al Jazeera's Alan Fisher, reporting from Washington, DC, said that the US contributes $3bn a year in military aid to Israel.

- Israel is the largest cumulative recipient of United States foreign assistance since World War II.

You rely on Al Jazeera for truth and transparency

We use cookies and other tracking technologies to deliver and personalize content and ads, enable features, measure site performance, and enable social media sharing. You can choose to customize your preferences. Learn more about our Cookie Policy.



## How has Hamas responded to US aid to Israel?

Hamas has labelled the US announcement as "aggression" against Palestinians.

"The announcement of the US that it will provide an aircraft carrier to support the occupation [Israel] is actual participation in the aggression against our people," the group said in a statement on Sunday.





R055513.1.88-103

1/28/24, 7:48 PM

House passes resolution condemning antisemitism | CNN Politics

≡  **CNN** politics

**Ex. M: "The US" House Passes Resolution Condemning Anti-Semitism**

WatchAudioLive TV

# House passes resolution condemning antisemitism

By Clare Foran, Melanie Zanona and Haley Talbot, CNN

⏱ 3 minute read · Updated 5:28 PM EST, Tue December 5, 2023



Drew Angerer/Getty Images

In this November 14 photo, people attend the March for Israel on the National Mall in Washington, DC.

The House passed a Republican-led resolution on Tuesday condemning antisemitism in the United States and globally.

A number of Democrats, however, expressed concern that the language of the GOP resolution is overly broad and would effectively define any criticism of the Israeli government or its policies as antisemitism. The vote was 311 to 14.

Ninety-two Democrats voted "present," and 13 Democrats and one Republican voted against the resolution.

The vote comes as aid to Israel remains stalled in Congress amid Israel's war against Hamas. There is widespread bipartisan support for aid to Israel, but the issue has become entangled with partisan disputes over other policy priorities, including the US Southern

entangled with partisan disputes over other policy priorities, including the US Southern border, putting its passage in question.        **RELATED**                                    ✕

Ahead of the vote, Democratic Reps. Jerry Nadler and Daniel Goldman of New York and Jamie Raskin of Maryland urged their colleagues to vote "present" on the GOP resolution, describing it as a partisan attempt to score political points and saying that a bipartisan approach is needed.

Nadler, Goldman and Raskin on Monday introduced an alternative resolution that condemns antisemitism and calls on executive branch agencies and Congress to implement the Biden administration's national strategy to counter antisemitism.

In remarks on the House floor, Nadler pointed to language in the GOP resolution stating that "anti-Zionism is antisemitism."

"That is either intellectually disingenuous or just factually wrong," he said.

"The authors, if they were at all familiar with Jewish history and culture, should know about Jewish anti-Zionism that was, and is, expressly not antisemitic," he said.

"Most anti-Zionism, particularly in this moment, has a real antisemitism problem. But we cannot fairly say that one equals the other," he said.

In November, the GOP-controlled House passed a bill to provide $14.3 billion in aid to Israel. Democrats, however, took issue with the bill over the fact that it would enact funding cuts to the Internal Revenue Service and would not include aid to Ukraine.

Senate Republicans, on the other hand, have argued that aid for Ukraine and Israel must be paired with border policy changes, which has created a sticking point in that chamber.

Separately, two House Democrats are planning on introducing a resolution this week condemning Hamas' use of sexual violence and rape against Israeli women.

Democratic Rep. Lois Frankel of Florida has begun drafting the resolution, a Democratic lawmaker familiar with the plans told CNN.

A source familiar with Frankel's thinking told CNN combating rape as a weapon of war is a long-standing priority for the congresswoman and the resolution was not drafted as a response to any comments made by other members.

The move comes, however, in the wake of Progressive Caucus Chairwoman Rep. Pramila Jayapal's comments to CNN's Dana Bash that upset a number of her Democratic

colleagues.                    **RELATED**                    ✕

While Jayapal condemned the rape of Israeli women by Hamas and called it "horrific" on CNN's "State of the Union," she pointed out that over 15,000 Palestinians have been killed by Israeli attacks in Gaza since the start of the war and said, "I think we have to be balanced about bringing in the outrages against Palestinians."

Jayapal released a statement Tuesday afternoon saying, "Let me be completely clear again that I unequivocally condemn Hamas' use of rape and sexual violence as an act of war. This is horrific and across the world, we must stand with our sisters, families, and survivors of rape and sexual assault everywhere to condemn this violence and hold perpetrators accountable."

*This story and headline have been updated with additional developments.*

*CNN's Annie Grayer contributed to this report.*

---

Search CNN...                                    🔍

@

**Log In**

---

Live TV

Listen

Watch

---

SCOTUS

Congress

96055513 1.91-103

**Ex. N: Bill to Define Anti-Semitism in Georgia**



U.S. NEWS

After stalling in 2023, a bill to define antisemitism in state law is advancing in Georgia

Israel-Hamas war     Election 2024     US troops killed in drone attack     Mona Lisa     Taylor Swift

EVEN WHEN THE NEWS IS FREE, JOURNALISM IS NOT.
SUPPORT INDEPENDENT, FACT-BASED JOURNALISM.     DONATE

BY **JEFF AMY**
Updated 7:38 PM EST, January 22, 2024

ATLANTA (AP) — A bill to define antisemitism in Georgia law stalled in 2023 over how it should be worded. But a revised version won unanimous endorsement from a key Senate committee Monday, backed by Republican support for Israel in its war with Hamas and a surge in reported bias incidents against Jewish people in the state.

"I think the whole world saw what happened on Oct. 7 and the fallout to Jewish communities around the world," said Democratic state Rep. Esther Panitch of Sandy Springs, the only Jewish member of Georgia's legislature. She is a co-sponsor of the measure that won the support of the Senate Judiciary Committee.

But fears of opponents who say House Bill 30 would be used as a shield to block criticism of Israeli war crimes against Palestinians are stronger than ever, showing how what was already a fraught topic in early 2023 has become downright raw with the Israel-Hamas war. Some protesters chanting "Free Free Palestine!" were dragged from the committee room by police officers after the vote. Other opposition witnesses told lawmakers they were privileging political support for Israel.

"What it does is weaponize attacks and hatred against my community and to silence Palestinian and Muslim Georgians, making threats against me somehow more important than threats against my own

8055513 1.92-103

neighbors and implying that my safety can only come at their expense," said Marissa Pyle, who said she is Jewish. "Making other people less safe does not help me."

**OTHER NEWS**



**Israel's president says the UN world court misrepresented his comments in its genocide ruling**



**Biden says US 'shall respond' after drone strike by Iran-backed group kills 3 US troops in Jordan**

90555 13: 1.93-103



**What is UNRWA, the main aid provider in Gaza that Israel accuses of militant links?**

The bill already passed the House last year and Monday's vote signals the measure is likely to pass the state Senate and be signed into law by Gov. Brian Kemp. The Republican governor has previously said he supports the measure.

The committee also advanced Senate Bill 359 on a split vote. The measure attempts to target the distribution of antisemitic flyers in residential neighborhoods by adding littering, illegal sign placement, loitering, misdemeanor terroristic threats, disorderly conduct and harassing communications to the list of crimes that draw enhanced sentences under Georgia's hate crimes law. The law would also make any two crimes subject to Georgia's hate crimes law eligible for prosecution under the state's expansive anti-racketeering statute.

In at least eight states nationwide, lawmakers are working on measures to define antisemitism, part of an upsurge of legislation motivated in part by the Israel-Hamas war. Arkansas passed such a law last year, and like in Georgia, a South Carolina measure passed one chamber in 2023. New bills are pending this year in Indiana, Florida, Massachusetts, New Jersey and South Dakota.

Sponsors say a definition would help prosecutors and other officials identify hate crimes and illegal discrimination targeting Jewish people. But some critics warn it would limit free speech, especially in criticizing the actions of Israel. Others don't oppose a law, but object to the measure defining antisemitism by referring to a definition adopted by the International Holocaust Remembrance Alliance.

"When can we anticipate the legislature moving forward on a bill that addresses Islamophobia?" said Asim Javed of the Georgia Muslim Voter Project. Javed added that the bill "stifles our First Amendment rights by censoring any criticisms of Israel."

But the warnings of free speech harms by the opponents were met by personal stories of harms suffered by the supporters, including Rabbi Elizabeth Baher of Macon's Temple Beth Israel. She recounted how an antisemitic group hung a Jew in effigy outside the synagogue as worshipers were arriving for services in June.

"We the people of Georgia stand united against bigotry and discrimination. Our diverse tapestry is woven with threads of resilience, understanding and mutual respect," Baher said.

Also among those who testified was David Lubin. He's the father of Rose Lubin, who grew up in suburban Atlanta but moved to Israel, becoming a staff sergeant in the Israeli army before she was stabbed to death in Jerusalem on Nov. 6. Lubin said that when her daughter was a student at suburban Atlanta's Dunwoody High School, she reported a student making antisemitic remarks and making "Heil Hitler" salutes.

8055513.1.94-103

1/28/24, 8:00 PM                    After stalling in 2023, a bill to define antisemitism in state law is advancing in Georgia | AP News

"We need laws in place to deter the threat and convict those who commit the actions of hatred," David Lubin said.



**JEFF AMY**
Jeff Amy covers Georgia politics and government.
X